SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re: ELIE VALERIUS
20 41ST. ST.
IRVINGTON, NJ 07111

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-22439

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2021 | $260.00 | 7376838000 | | | |

**Total Receipts: $260.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $260.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 19.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMMUNITY LOAN SERVICING LLC | MORTGAGE ARRE | 7,025.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | PERFECTION COLLECTION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | SANTANDER CONSUMER USA | VEHICLE SECURE | 240.00 | 100.00% | 0.00 | 0.00 |
| 0007 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,151.52 | 0.00% | 0.00 | 0.00 |
| 0011 | TOWNSHIP OF IRVINGTON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ABELINO CANTU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | ANGELICA CANTU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CAROL AUGUSTE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | ISAAC DOMINGO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | JUNETTE APOLLON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | LUCOS DE LA CRUZ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | MARIE ROSE NADEL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | MAURA FLORES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | MAXI AVANSON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | MAXI CHRISNADELLE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | PC7, LLC | SECURED | 133,326.90 | 100.00% | 0.00 | 0.00 |

**Total Paid: $19.50**
See Summary

**Chapter 13 Case # 20-22439**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $260.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $19.50   =   Funds on Hand: $240.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.