Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ELIE VALERIUS,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  20-22439 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor:              TOWNSHIP OF IRVINGTON
Trustee Claim #:       11
Court Claim #:
Claimed Amount:        $4,730.49
Date Claim Filed:      **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated: June 01, 2021

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

ELIE VALERIUS
20 41ST. ST.
IRVINGTON, NJ   07111

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ   07470

TOWNSHIP OF IRVINGTON
TAX COLLECTOR
MUNCIPAL BUILDING
CIVIC SQUARE
IRVINGTON, NJ   07111