Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22439−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elie Valerius
  20 41st. St.
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−3056

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/28/21 at 10:00 AM

to consider and act upon the following:

**48** − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re: 20 41st Street, Irvington, NJ, 07111. Fee Amount $ 188. filed by Creditor Metropolitan Life Insurance Company, Motion for Relief from Co−Debtor Stay of Marie V. Licin−Valerius, 46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY. Objection deadline is 09/30/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**49** − Certification in Opposition to Creditor's Certification of Default (related document:48 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re: 20 41st Street, Irvington, NJ, 07111. Fee Amount $ 188. filed by Creditor Metropolitan Life Insurance Company, Motion for Relief from Co−Debtor Stay of Marie V. Licin−Valerius, 46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY. Objection deadline is 09/30/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY) filed by David L. Stevens on behalf of Elie Valerius. (Attachments: # 1 Exhibit Proof of Payment) (Stevens, David)

Dated: 9/30/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court