SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   ELIE VALERIUS                                        Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
      20 41ST. ST.                                                 1599 HAMBURG TURNPIKE
      IRVINGTON,  NJ  07111                                        WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 20-22439

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2021 | $260.00 | 7376838000 | 03/01/2021 | $2,100.00 | 7484315000 |
| 03/29/2021 | $2,100.00 | 7555648000 | 04/29/2021 | $2,100.00 | 7630577000 |
| 05/27/2021 | $2,100.00 | 7697475000 | 06/29/2021 | $2,100.00 | 7772365000 |
| 08/03/2021 | $2,100.00 | 7855198000 | 09/03/2021 | $2,100.00 | 7925359000 |
| 10/12/2021 | $2,100.00 | 8005875000 | 11/03/2021 | $2,100.00 | 8060770000 |
| 11/30/2021 | $2,100.00 | 8112874000 | 01/03/2022 | $2,100.00 | 8178953000 |

**Total Receipts: $23,360.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $23,360.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMMUNITY LOAN SERVICING LLC | | | | | | |
| | 04/19/2021 | $97.79 | 868,332 | 05/17/2021 | $87.02 | 870,242 |
| | 06/21/2021 | $86.72 | 872,032 | 06/21/2021 | $6.82 | 872,032 |
| | 07/19/2021 | $88.12 | 873,841 | 07/19/2021 | $6.93 | 873,841 |
| | 08/16/2021 | $102.00 | 875,525 | 08/16/2021 | $8.02 | 875,525 |
| | 09/20/2021 | $90.85 | 877,247 | 09/20/2021 | $7.15 | 877,247 |
| | 10/18/2021 | $90.63 | 879,030 | 10/18/2021 | $12.03 | 879,030 |
| | 11/17/2021 | $91.59 | 880,731 | 11/17/2021 | $12.16 | 880,731 |
| | 12/13/2021 | $91.59 | 882,361 | 12/13/2021 | $12.16 | 882,361 |
| | 01/10/2022 | $91.59 | 884,017 | 01/10/2022 | $12.16 | 884,017 |
| PC7, LLC | | | | | | |
| | 04/19/2021 | $1,856.04 | 868,977 | 05/17/2021 | $1,651.56 | 870,842 |
| | 06/21/2021 | $1,645.76 | 872,660 | 07/19/2021 | $1,672.45 | 874,421 |
| | 08/16/2021 | $1,935.82 | 876,124 | 09/20/2021 | $1,724.28 | 877,883 |
| | 10/18/2021 | $1,720.00 | 879,625 | 11/17/2021 | $1,738.30 | 881,329 |
| | 12/13/2021 | $1,738.30 | 882,955 | 01/10/2022 | $1,738.30 | 884,608 |

**Chapter 13 Case # 20-22439**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | | | | | | | |
| | 04/19/2021 | $163.32 | 869,097 | | 05/17/2021 | $145.32 | 870,949 |
| | 06/21/2021 | $144.81 | 872,776 | | 07/19/2021 | $147.16 | 874,525 |
| | 08/16/2021 | $170.34 | 876,229 | | 09/20/2021 | $151.72 | 878,006 |
| | 10/18/2021 | $151.35 | 879,736 | | 11/17/2021 | $152.96 | 881,433 |
| | 12/13/2021 | $152.96 | 883,069 | | 01/10/2022 | $152.96 | 884,717 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,415.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COMMUNITY LOAN SERVICING LLC | MORTGAGE ARR | 7,025.00 | 100.00% | 917.90 | 6,107.10 |
| 0003 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PERFECTION COLLECTION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SANTANDER CONSUMER USA | VEHICLE SECURE | 11,731.64 | 100.00% | 1,532.90 | 10,198.74 |
| 0007 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 122,206.20 | 100.00% | 0.00 | 122,206.20 |
| 0010 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,151.52 | 100.00% | 0.00 | 2,151.52 |
| 0011 | TOWNSHIP OF IRVINGTON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ABELINO CANTU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ANGELICA CANTU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAROL AUGUSTE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | ISAAC DOMINGO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | JUNETTE APOLLON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LUCOS DE LA CRUZ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MARIE ROSE NADEL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | MAURA FLORES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | MAXI AVANSON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | MAXI CHRISNADELLE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | PC7, LLC | SECURED | 133,326.90 | 100.00% | 17,420.81 | 115,906.09 |
| 0024 | COMMUNITY LOAN SERVICING LLC | (NEW) MTG Agree | 888.00 | 100.00% | 77.43 | 810.57 |

**Total Paid: $21,365.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $23,360.00    -    Paid to Claims: $19,949.04    -    Admin Costs Paid: $1,415.96    =    Funds on Hand: $1,995.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.