| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Community Loan Servicing, LLC, servicer for<br>METROPOLITAN LIFE INSURANCE COMPANYIn<br>Re:<br>    Elie Valerius<br><br>                      Debtor. | <br><br>**Order Filed on March 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:  <u>20-22439 JKS</u><br><br>Adv. No.:<br><br>Hearing Date:  02/24/2022 @ 10:00 a.m.<br><br>Judge:  <u>John K. Sherwood.</u> |

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 23, 2022**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:   Elie Valerius
Case No:  20-22439 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY, Denise Carlon appearing, upon a certification of default as to real property located at 20 41st Street, Irvington, NJ, 07111, and it appearing that notice of said certification was properly served upon all parties concerned, and an opposition to the certification have been filed on behalf of the Debtor, and the parties having reached a settlement in this matter;

It is   **ORDERED** that as of March 14, 2022, Debtor is due for the February 2022 through March 2022  post-petition payment for a total default of $2,156.11 (2 @ $1,883.92, $1,611.73 less suspense); and

It is **ORDERED** that Debtor shall make an immediate payment of $2,156.11 to be received no later than March 31, 2022; and

It is further **ORDERED** that regular mortgage payments are to resume April 1, 2022, directly to Secured Creditor's servicer, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such
payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice.

It is further **ORDERED** that Secured Creditor's Certification of Default is hereby resolved.