UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
David L. Stevens, Esq.
dstevens@scura.com
Attorney for Debtor



Order Filed on October 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elie Valerius,

Debtor.

Case No.: 20-22439

Chapter: 13

Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $     11,031.50     for services rendered and expenses in the amount of $     45.30     for a total of $     11,076.80    . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $     N/A     per month for     N/A     months to allow for payment of the above fee.

*rev.8/1/15*