

Order Filed on November 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GARY C. ZEITZ, L.L.C.<br>GARY C. ZEITZ, ESQUIRE<br>ROBIN LONDON-ZEITZ, ESQUIRE<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*PC7, LLC* | |
| In Re:<br><br>ELIE VALERIUS | Case No.: 20-22439/JKS<br><br>Chapter: Thirteen<br><br>Hearing Date:<br><br>Judge: John K. Sherwood |

### ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 4, 2022**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of PC7, LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Elie Valerius (the "Debtor"), and the following appearances having been entered, Gary C. Zeitz, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and David L. Stevens, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 16-18 41st St, Irvington, New Jersey, Block 366, Lot 5 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. In the event the Debtor fails to make any of the post-petition payments required to be made to the Township of Irvington on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

2. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $688.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.