Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−22439−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elie Valerius
  20 41st. St.
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−3056

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/12/23 at 10:00 AM

to consider and act upon the following:

*87* − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re: 20 41st Street, Irvington, NJ, 07111. Fee Amount $ 188. filed by Creditor Metropolitan Life Insurance Company, Motion for Relief from Co−Debtor Stay of Marie V. Licin−Valerius, 46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 56 Creditor's Certification of Default filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY, 61 Order (Generic)) filed by Brian C. Nicholas on behalf of Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY. Objection deadline is 12/5/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*88* − in Opposition to (related document:87 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re: 20 41st Street, Irvington, NJ, 07111. Fee Amount $ 188. filed by Creditor Metropolitan Life Insurance Company, Motion for Relief from Co−Debtor Stay of Marie V. Licin−Valerius, 46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 56 Creditor's Certification of Default filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY, 61 Order (Generic)) filed by Brian C. Nicholas on behalf of Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY. Objection deadline is 12/5/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY) filed by Jamal J Romero on behalf of Elie Valerius. (Romero, Jamal)

Dated: 12/6/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court