Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 20−22439−JKS
                         Chapter: 13
                         Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elie Valerius
   20 41st. St.
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3056

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/12/23 at 10:00 AM

to consider and act upon the following:

*87* − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re: 20 41st Street, Irvington, NJ, 07111. Fee Amount $ 188. filed by Creditor Metropolitan Life Insurance Company, Motion for Relief from Co−Debtor Stay of Marie V. Licin−Valerius, 46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 56 Creditor's Certification of Default filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY, 61 Order (Generic)) filed by Brian C. Nicholas on behalf of Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY. Objection deadline is 12/5/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*88* − in Opposition to (related document:87 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re: 20 41st Street, Irvington, NJ, 07111. Fee Amount $ 188. filed by Creditor Metropolitan Life Insurance Company, Motion for Relief from Co−Debtor Stay of Marie V. Licin−Valerius, 46 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 56 Creditor's Certification of Default filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY, 61 Order (Generic)) filed by Brian C. Nicholas on behalf of Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY. Objection deadline is 12/5/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY) filed by Jamal J Romero on behalf of Elie Valerius. (Romero, Jamal)

Dated: 12/6/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22439-JKS |
| Elie Valerius | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elie Valerius, 20 41st. St., Irvington, NJ 07111-1255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Community Loan Servicing LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| David L. Stevens | on behalf of Debtor Elie Valerius dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| David L. Stevens | on behalf of Plaintiff Elie Valerius dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary C. Zeitz
    on behalf of Creditor PC7  LLC gzeitz@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com

Harold N. Kaplan
    on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com

Jamal J Romero
    on behalf of Debtor Elie Valerius jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Linda S. Fossi
    on behalf of Creditor PC7  LLC lfossi@zeitzlawfirm.com,
    gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Roshni R. Shah
    on behalf of Debtor Elie Valerius rshah@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;14800@notices.nextchapterbk.com;spereyra@scura.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13