UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Elie Valerius, Debtor(s)

Case No.:     20-22439 JKS

Chapter:           13

Hearing Date:       N/A

Judge:      John K. Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default filed on or about 11/21/2022

_____

Date: 12/14/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*