SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  ELIE VALERIUS   Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
  20 41ST. ST.   1599 HAMBURG TURNPIKE
  IRVINGTON,  NJ  07111   WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 20-22439
## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2021 | $260.00 | 7376838000 | 03/01/2021 | $2,100.00 | 7484315000 |
| 03/29/2021 | $2,100.00 | 7555648000 | 04/29/2021 | $2,100.00 | 7630577000 |
| 05/27/2021 | $2,100.00 | 7697475000 | 06/29/2021 | $2,100.00 | 7772365000 |
| 08/03/2021 | $2,100.00 | 7855198000 | 09/03/2021 | $2,100.00 | 7925359000 |
| 10/12/2021 | $2,100.00 | 8005875000 | 11/03/2021 | $2,100.00 | 8060770000 |
| 11/30/2021 | $2,100.00 | 8112874000 | 01/03/2022 | $2,100.00 | 8178953000 |
| 01/31/2022 | $2,100.00 | 8241202000 | 03/01/2022 | $2,100.00 | 8308193000 |
| 04/04/2022 | $2,100.00 | 8380330000 | 05/17/2022 | $2,100.00 | 8473051000 |
| 07/06/2022 | $2,100.00 | 8572184000 | 08/05/2022 | $2,100.00 | 8633780000 |
| 09/02/2022 | $2,100.00 | 8685153000 | 09/08/2022 | $2,100.00 | 8697137000 |
| 09/09/2022 | $2,100.00 | 8699308000 | 09/30/2022 | $2,100.00 | 8733592000 |
| 11/02/2022 | $2,100.00 | 8803636000 | 11/30/2022 | $2,100.00 | 8853299000 |
| 01/03/2023 | $2,100.00 | 8912040000 | | | |

**Total Receipts: $50,660.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $50,660.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMMUNITY LOAN SERVICING LLC | | | | | | |
| | 04/19/2021 | $97.79 | 868,332 | 05/17/2021 | $87.02 | 870,242 |
| | 06/21/2021 | $86.72 | 872,032 | 06/21/2021 | $6.82 | 872,032 |
| | 07/19/2021 | $88.12 | 873,841 | 07/19/2021 | $6.93 | 873,841 |
| | 08/16/2021 | $102.00 | 875,525 | 08/16/2021 | $8.02 | 875,525 |
| | 09/20/2021 | $90.85 | 877,247 | 09/20/2021 | $7.15 | 877,247 |
| | 10/18/2021 | $90.63 | 879,030 | 10/18/2021 | $12.03 | 879,030 |
| | 11/17/2021 | $91.59 | 880,731 | 11/17/2021 | $12.16 | 880,731 |
| | 12/13/2021 | $91.59 | 882,361 | 12/13/2021 | $12.16 | 882,361 |
| | 01/10/2022 | $91.59 | 884,017 | 01/10/2022 | $12.16 | 884,017 |
| | 02/14/2022 | $91.59 | 885,702 | 02/14/2022 | $12.16 | 885,702 |
| | 03/14/2022 | $91.59 | 887,413 | 03/14/2022 | $12.16 | 887,413 |
| | 04/18/2022 | $93.04 | 889,093 | 04/18/2022 | $12.35 | 889,093 |
| | 05/16/2022 | $93.04 | 890,816 | 05/16/2022 | $12.35 | 890,816 |

Chapter 13 Case # 20-22439

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/20/2022 | $93.04 | 892,483 | | 06/20/2022 | $12.35 | 892,483 |
| | 08/15/2022 | $93.04 | 895,782 | | 08/15/2022 | $12.35 | 895,782 |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 12/12/2022 | $16.17 | 901,842 | | 01/09/2023 | $91.11 | 903,341 |
| | 01/09/2023 | $14.24 | 903,341 | | | | |
| PC7, LLC | | | | | | | |
| | 04/19/2021 | $1,856.04 | 868,977 | | 05/17/2021 | $1,651.56 | 870,842 |
| | 06/21/2021 | $1,645.76 | 872,660 | | 07/19/2021 | $1,672.45 | 874,421 |
| | 08/16/2021 | $1,935.82 | 876,124 | | 09/20/2021 | $1,724.28 | 877,883 |
| | 10/18/2021 | $1,720.00 | 879,625 | | 11/17/2021 | $1,738.30 | 881,329 |
| | 12/13/2021 | $1,738.30 | 882,955 | | 01/10/2022 | $1,738.30 | 884,608 |
| | 02/14/2022 | $1,738.30 | 886,326 | | 03/14/2022 | $1,738.30 | 888,022 |
| | 04/18/2022 | $1,765.74 | 889,755 | | 05/16/2022 | $1,765.74 | 891,432 |
| | 06/20/2022 | $1,765.74 | 893,148 | | 08/15/2022 | $1,765.74 | 896,398 |
| | 12/12/2022 | $306.88 | 902,780 | | 12/12/2022 | $688.00 | 902,780 |
| | 01/09/2023 | $1,729.15 | 904,275 | | | | |
| SANTANDER CONSUMER USA | | | | | | | |
| | 04/19/2021 | $163.32 | 869,097 | | 05/17/2021 | $145.32 | 870,949 |
| | 06/21/2021 | $144.81 | 872,776 | | 07/19/2021 | $147.16 | 874,525 |
| | 08/16/2021 | $170.34 | 876,229 | | 09/20/2021 | $151.72 | 878,006 |
| | 10/18/2021 | $151.35 | 879,736 | | 11/17/2021 | $152.96 | 881,433 |
| | 12/13/2021 | $152.96 | 883,069 | | 01/10/2022 | $152.96 | 884,717 |
| | 02/14/2022 | $152.96 | 886,437 | | 03/14/2022 | $152.96 | 888,131 |
| | 04/18/2022 | $155.37 | 889,867 | | 05/16/2022 | $155.37 | 891,539 |
| | 06/20/2022 | $155.37 | 893,260 | | 08/15/2022 | $155.37 | 896,493 |
| | 12/12/2022 | $27.00 | 902,880 | | 01/09/2023 | $152.15 | 904,380 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,528.94 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 11,076.80 | 100.00% | 11,076.80 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRI | 7,025.00 | 100.00% | 1,580.52 | 5,444.48 |
| 0003 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PERFECTION COLLECTION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SANTANDER CONSUMER USA | VEHICLE SECURE | 11,731.64 | 100.00% | 2,639.45 | 9,092.19 |
| 0007 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 122,206.20 | 100.00% | 0.00 | 122,206.20 |
| 0010 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,151.52 | 100.00% | 0.00 | 2,151.52 |
| 0011 | TOWNSHIP OF IRVINGTON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ABELINO CANTU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ANGELICA CANTU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAROL AUGUSTE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | ISAAC DOMINGO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | JUNETTE APOLLON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LUCOS DE LA CRUZ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MARIE ROSE NADEL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | MAURA FLORES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | MAXI AVANSON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | MAXI CHRISNADELLE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | PC7, LLC | SECURED | 133,326.90 | 100.00% | 29,996.40 | 103,330.50 |
| 0024 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 888.00 | 100.00% | 165.39 | 722.61 |
| 0025 | PC7, LLC | ADMINISTRATIVI | 688.00 | 100.00% | 688.00 | 0.00 |

**Total Paid: $48,675.50**
See Summary

**Chapter 13 Case # 20-22439**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $50,660.00          -     Paid to Claims: $35,069.76     -     Admin Costs Paid: $13,605.74  =     Funds on Hand: $1,984.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.