Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22439−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elie Valerius
  20 41st. St.
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−3056

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/25/23 at 10:00 AM

to consider and act upon the following:

**94** – Creditor's Certification of Default (related document:85 Order on Motion For Relief From Stay) filed by Gary C. Zeitz on behalf of PC7, LLC. Objection deadline is 05/2/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Zeitz, Gary)

**96** – Certification in Opposition to (related document:94 Creditor's Certification of Default (related document:85 Order on Motion For Relief From Stay) filed by Gary C. Zeitz on behalf of PC7, LLC. Objection deadline is 05/2/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PC7, LLC) filed by Jamal J Romero on behalf of Elie Valerius. (Romero, Jamal)

Dated: 5/3/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court