UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*PC7, LLC*

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIE VALERIUS

Case No.: 20-22439/JKS

Chapter: Thirteen

Hearing Date: June 8, 2023 at 10:00 am

Judge: John K. Sherwood

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: June 20, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of PC7, LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Elie Valerius (the "Debtor"), and the following appearances having been entered, Gary C. Zeitz, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Jamal Romero, Esquire, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 16-18 41st St, Irvington, New Jersey, Block 366, Lot 5 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on September 13, 2022, resulting in the entry of an Order resolving the Motion on November 4, 2022; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the November 4, 2022 Order, and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1.   In the event the Debtor fails to make any of the post-petition payments required to be made to the Township of Irvington on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

2.  Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.