UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal Romero. Esq.
Email: jromero@scura.com
Counsel for Debtor.

| | |
|---|---|
| In Re: | Case No.: __20-22439__ |
| Elie Valerius | Judge: __JKS__ |
| Debtor. | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __Chapter 13 Standing Trustee__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:
Mortgage was paid off on December 29,2022. Documentation in support is attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/15/2023                                              /s/Elie Valerius
                                                              Debtor's Signature

Date: _____                                          _____
                                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# 1

## Wire Transfer Outgoing Request

**CHASE**

### Wire Transfer Sender Information

| Field | Value |
|---|---|
| Sender Name: | MARIE LICIN-VALERIUS |
| Account Name: | MARIE LICIN-VALERIUS |
| Street Address: | 20 41ST ST |
| City: | IRVINGTON |
| State: | NJ |
| Zip: | 07111-1255 |
| Country: | USA |
| Daytime Phone: | 973-204-0522 |
| Primary ID Type: | Driver's License |
| ID Issuer: | NJ |
| ID Number: | [redacted] |
| ID Issue Date: | 06/10/2022 |
| ID Exp: | 01/20/2026 |
| Secondary ID Type: | |
| Comments: | |

### Wire Transfer Information

| Field | Value |
|---|---|
| Request Date: | 11/26/2022 |
| Request time: | 12:35:30PM Eastern time |
| Effective date: | 11/28/2022 |
| Wire type: | Domestic |
| Debit Account #: | XXXXXX[redacted] |
| Debit Account Type: | CHASE SAVINGS |
| Wire Amount (US dollars): | $81,248.47 (circled) |
| Qualifying Account #: | |
| Qualifying Account Type: | |
| Source of funds: | Savings |
| Wire Fee: | $35.00 |
| Currency type to be sent: | US Dollars |
| Exchange rate: | N/A |
| Foreign currency amount: | N/A |
| Amount to Collect (USD): | $81,283.47 |
| FX Contract Number: | |

### Recipient Account Information

| Field | Value |
|---|---|
| Account Name: | mr cooper |
| Street Address: | |
| Account Number: | [redacted] |
| City: | |
| State: | |
| Zip: | |
| Country: | |

Text to Recipient:
Acc Number 0694764051

### Receiving Bank Information

| Field | Value |
|---|---|
| Bank Name: | JPMorgan Chase Bank National Association |
| Street Address: | 875 Saw Mill River Rd |
| Bank ABA/SWIFT Code: | [redacted] |
| City: | Ardsley |
| State: | NY |
| Zip: | 10502-1117 |
| Country: | USA |
| Intermediary Bank Name: | |
| Street Address: | |
| Intermediary Bank ABA: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |

Text to Receiving Bank:

# Wire Transfer Outgoing Request

**CHASE**

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| MARIE LICIN-VALERIUS | | | | |
| Account Name: | | Street Address: | | |
| MARIE LICIN-VALERIUS | | 20 41ST ST | | |
| City: | State: | Zip: | Country: | Daytime Phone: |
| IRVINGTON | NJ | 07111-1255 | USA | 973-204-8527 |
| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Driver's License | NJ | ███████████ | 06/10/2022 | 01/20/2026 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Comments: | | | | |

## Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 12/02/2022 | 04:18:09PM Eastern time | 12/02/2022 | Domestic |
| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
| ███████████ | CHASE SAVINGS | **$4,953.33** | |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Savings | Wire Fee: $35.00 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $4,988.33 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: |
|---|
| Mr Cooper |

| Street Address: | | Account Number: | | | |
|---|---|---|---|---|---|
| | | ███████████ | | | |
| | | City: | State: | Zip: | Country: |

| Text to Recipient: |
|---|
| For Account #0694764051 |

## Receiving Bank Information

| Bank Name: |
|---|
| JPMorgan Chase Bank National Association |

| Street Address: | | Bank ABA/SWIFT Code: | | | |
|---|---|---|---|---|---|
| 875 Saw Mill River Rd | | ███████████ | | | |
| | | City: Ardsley | State: NY | Zip: 10502-1117 | Country: USA |
| Intermediary Bank Name: | | | | | |

| Street Address: | | Intermediary Bank ABA: | | | |
|---|---|---|---|---|---|
| | | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | | |

N15220-CS-WTA (06/2022)

Page 1 of 5

# Wire Transfer Outgoing Request



#3

## Wire Transfer Sender Information

| Sender Name: | | | | | |
|---|---|---|---|---|---|
| MARIE LICIN-VALERIUS | | | | | |
| Account Name: | | | Street Address: | | |
| ELIE VALERIUS OR MARIE V LICIN-VALERIUS | | | 20 41ST ST | | |
| City: | State: | Zip: | Country: | | Daytime Phone: |
| IRVINGTON | NJ | 07111-1255 | USA | | 973-204-8527 |
| Primary ID Type: | ID Issuer: | ID Number: | | ID Issue Date: | ID Exp: |
| Driver's License | NJ | | | 06/10/2022 | 01/20/2026 |
| Secondary ID Type: | ID Issuer: | ID Number: | | ID Issue Date: | ID Exp: |
| Comments: | | | | | |

## Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 12/29/2022 | 03:11:50PM Eastern time | 12/29/2022 | Domestic |
| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
|  | PREMIER PLUS CKG | $35.00 | |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|  |  | Checking | $35.00 |
| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
| US Dollars | N/A | N/A | $70.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: | | | |
|---|---|---|---|
| Mr Cooper | | | |
| Street Address: | Account Number: | | |
|  |  | | |
|  | City: | State: | Zip: | Country: |
| Text to Recipient: | | | |

## Receiving Bank Information

| Bank Name: | | | |
|---|---|---|---|
| JPMorgan Chase Bank National Association | | | |
| Street Address: | Bank ABA/SWIFT Code: | | |
| 875 Saw Mill River Rd |  | | |
|  | City: | State: | Zip: | Country: |
| Intermediary Bank Name: | Ardsley | NY | 10502-1117 | USA |
| Street Address: | Intermediary Bank ABA: | | |
|  | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | |

N15220-CS WTA (06/2022)    Page 1 of 5

# lr cooper

