Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22439−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elie Valerius
   20 41st. St.
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3056

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 27, 2022.

On 12/21/23 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:              January 25, 2024
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 26, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elie Valerius  
    Debtor

Case No. 20-22439-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 26, 2023      Form ID: 185      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elie Valerius, 20 41st. St., Irvington, NJ 07111-1255 |
| 519893809 | + | Nationstar Mortgage LLC as servicer for Metropolit, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Dec 26 2023 21:59:00 | Aldridge Pite LLP, Attn: Bryan S. Fairman, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 26 2023 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 26 2023 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 26 2023 21:59:00 | Nationstar Mortgage LLC, RAS Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 26 2023 22:06:52 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 519014802 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 26 2023 21:58:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519070607 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 26 2023 21:59:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519014803 | + | Email/Text: bknotice@ercbpo.com | Dec 26 2023 21:59:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519685477 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 26 2023 21:59:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519685478 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 26 2023 21:59:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519015729 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 26 2023 22:06:56 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519023055 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 26 2023 21:59:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519014805 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 26 2023 21:59:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA |

Case 20-22439-JKS    Doc 111    Filed 12/28/23    Entered 12/29/23 00:12:14    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: 185 | Total Noticed: 18 |

| 519027381 | + Email/PDF: ebn_ais@aisinfo.com | Dec 26 2023 22:06:56 | 19601-3544<br>T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 519014806 | + Email/Text: ECMCBKNotices@ecmc.org | Dec 26 2023 21:59:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519130138 | Email/Text: EDBKNotices@ecmc.org | Dec 26 2023 21:58:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519655859 | | Metropolitan Life |
| 519057328 | | PC7, LLC |
| 519014807 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519014804 | ##+ | Perfection Collection, Attn: Bankruptcy Department, 313 E 1200 S, Suite 102, Orem, UT 84058-6910 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 28, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:

**Name**                  **Email Address**

Ashley Pascuzzi
on behalf of Creditor Nationstar Mortgage LLC as servicer for Metropolitan Life Insurance Compan ecfnotices@grosspolowy.com

Ashley Pascuzzi
on behalf of Creditor Metropolitan Life Insurance Company ecfnotices@grosspolowy.com

Brian C. Nicholas
on behalf of Creditor Community Loan Servicing  LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

David L. Stevens
on behalf of Debtor Elie Valerius dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

David L. Stevens
on behalf of Plaintiff Elie Valerius dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
on behalf of Creditor Community Loan Servicing  LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: 185 | Total Noticed: 18 |

dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary C. Zeitz

on behalf of Creditor PC7  LLC gzeitz@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com

Harold N. Kaplan

on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com

Jamal J Romero

on behalf of Debtor Elie Valerius jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;sterry@scura.com

Linda S. Fossi

on behalf of Creditor PC7  LLC lfossi@zeitzlawfirm.com,
gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Marie-Ann Greenberg

magecf@magtrustee.com

Roshni R. Shah

on behalf of Debtor Elie Valerius rshah@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;14800@notices.nextchapterbk.com;spereyra@scura.com

Sindi Mncina

on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15