*Monday, Jan 29 2024*

## Mr. Elie Valerius

16-18    41st street

Irvington NJ 07111

*2024 JAN 29 P 3: 04*

*20 - 22439*

Ref: chapter 13 ID 20224393056

Dear judge john K. Sherwood

I do not wish to refinance chapter 13 bankruptcy Because I have made payment every month as required. The mortgage is paid off since December 2023. I  already paid $2100 monthly . For 37 months I already paid over $75,000 through chapter 13. Now I would like to continue until I pay it off .please see the attached payment record.

*NB.  I don't want any modification of this plan.*

Sincerely,

Mr.Elie Valerius

**NATIONALDATACENTER**

## Welcome, ELIE VALERIUS

MENU

## OVERVIEW

- Export

~~Chart of Receipts and Disbursements~~

## LEDGER DETAILS

- Export

01/12/2024N/A

$2100.00

12/11/2023N/A

$2100.00

11/13/2023N/A

$2100.00

10/04/2023N/A

$2100.00

09/05/2023N/A

$2100.00

07/27/2023N/A

$2100.00

07/03/2023N/A

$2100.00

06/07/2023N/A

$2100.00

05/03/2023N/A

$2100.00

04/03/2023N/A

$2100.00

03/03/2023N/A

$2100.00

01/31/2023N/A

$2100.00

01/03/2023N/A

$2100.00

11/30/2022N/A

$2100.00
11/02/2022 N/A
$2100.00
09/30/2022 N/A
$2100.00
09/09/2022 N/A
$2100.00
09/08/2022 N/A
$2100.00
09/02/2022 N/A
$2100.00
08/05/2022 N/A
$2100.00
07/06/2022 N/A
$2100.00
05/17/2022 N/A
$2100.00
04/04/2022 N/A
$2100.00
03/01/2022 N/A
$2100.00
01/31/2022 N/A
$2100.00
01/03/2022 N/A
$2100.00
11/30/2021 N/A
$2100.00
11/03/2021 N/A
$2100.00
10/12/2021 N/A
$2100.00
09/03/2021 N/A
$2100.00
08/03/2021 N/A
$2100.00
06/29/2021 N/A
$2100.00
05/27/2021 N/A
$2100.00
04/29/2021 N/A
$2100.00

Truist OBPP

# Marie-Ann Greenberg, Chapter 13 Standing Trustee

Home (/main/home.asp)    Settings (https://onlinebillpresentmentandpayment.truist.com/Settings/settings.asp)

## Main Menu

Payments

Settings

## Welcome Elie Valerius

You last visited us on 11 Jan 2024 at 10:07 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| 8968322 | 30 Jan 2023 10:42 AM | Completed | Single | ACH | Mon | 30 Jan 2023 |
| 8912040 | 30 Dec 2022 11:31 AM | Completed | Single | ACH | Fri | 30 Dec 202: |
| 8853299 | 29 Nov 2022 2:11 PM | Completed | Single | ACH | Tue | 29 Nov 202 |
| 8803636 | 01 Nov 2022 10:03 AM | Completed | Single | ACH | Tue | 01 Nov 202 |
| 8733592 | 28 Sep 2022 8:47 AM | Completed | Single | ACH | Wed | 28 Sep 202 |
| 8699308 | 08 Sep 2022 11:06 AM | Completed | Single | ACH | Thu | 08 Sep 202. |
| 8697137 | 07 Sep 2022 11:03 AM | Completed | Single | ACH | Wed | 07 Sep 202 |
| 8685153 | 01 Sep 2022 10:00 AM | Completed | Single | ACH | Thu | 01 Sep 202 |
| 8633780 | 04 Aug 2022 1:26 PM | Completed | Single | ACH | Thu | 04 Aug 202 |
| 8572184 | 05 Jul 2022 9:41 AM | Completed | Single | ACH | Tue | 05 Jul 2022 |
| 8473051 | 16 May 2022 4:16 PM | Completed | Single | ACH | Mon | 16 May 202 |
| 8380330 | 01 Apr 2022 10:46 AM | Completed | Single | ACH | Fri | 01 Apr 202: |
| 8308193 | 28 Feb 2022 10:30 AM | Completed | Single | ACH | Mon | 28 Feb 202: |
| 8241202 | 28 Jan 2022 1:33 PM | Completed | Single | ACH | Fri | 28 Jan 202: |
| 8178953 | 30 Dec 2021 11:46 AM | Completed | Single | ACH | Thu | 30 Dec 202 |
| 8112874 | 29 Nov 2021 12:58 PM | Completed | Single | ACH | Mon | 29 Nov 202 |
| 8060770 | 02 Nov 2021 1:52 PM | Completed | Single | ACH | Tue | 02 Nov 202 |
| 8005875 | 08 Oct 2021 8:35 AM | Completed | Single | ACH | Fri | 08 Oct 202: |
| 7925359 | 02 Sep 2021 10:00 AM | Completed | Single | ACH | Thu | 02 Sep 202 |
| 7855198 | 02 Aug 2021 9:32 AM | Completed | Single | ACH | Mon | 02 Aug 202 |
| 7772365 | 28 Jun 2021 9:38 AM | Completed | Single | ACH | Mon | 28 Jun 202: |
| 7697475 | 26 May 2021 12:33 PM | Completed | Single | ACH | Wed | 26 May 202 |
| 7630577 | 28 Apr 2021 9:29 AM | Completed | Single | ACH | Wed | 28 Apr 202: |
| 7555648 | 26 Mar 2021 12:01 PM | Completed | Single | ACH | Fri | 26 Mar 202 |
| 7484315 | 26 Feb 2021 10:30 AM | Completed | Single | ACH | Fri | 26 Feb 202: |
| 7376838 | 12 Jan 2021 9:47 AM | Completed | Single | ACH | Tue | 12 Jan 202: |

Truist OBPP

# Marie-Ann Greenberg, Chapter 13 Standing Trustee

Home (/main/home.asp)      Settings (https://onlinebillpresentmentandpayment.truist.com/Settings/settings.asp)

## Main Menu

Payments

Settings

### Welcome Elie Valerius

You last visited us on 11 Jan 2024 at 10:07 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| 8968322 | 30 Jan 2023 10:42 AM | Completed | Single | ACH | Mon | 30 Jan 202: |
| 8912040 | 30 Dec 2022 11:31 AM | Completed | Single | ACH | Fri | 30 Dec 202: |
| 8853299 | 29 Nov 2022 2:11 PM | Completed | Single | ACH | Tue | 29 Nov 202 |
| 8803636 | 01 Nov 2022 10:03 AM | Completed | Single | ACH | Tue | 01 Nov 202 |
| 8733592 | 28 Sep 2022 8:47 AM | Completed | Single | ACH | Wed | 28 Sep 202 |
| 8699308 | 08 Sep 2022 11:06 AM | Completed | Single | ACH | Thu | 08 Sep 202 |
| 8697137 | 07 Sep 2022 11:03 AM | Completed | Single | ACH | Wed | 07 Sep 202 |
| 8685153 | 01 Sep 2022 10:00 AM | Completed | Single | ACH | Thu | 01 Sep 202 |
| 8633780 | 04 Aug 2022 1:26 PM | Completed | Single | ACH | Thu | 04 Aug 202 |
| 8572184 | 05 Jul 2022 9:41 AM | Completed | Single | ACH | Tue | 05 Jul 2022 |
| 8473051 | 16 May 2022 4:16 PM | Completed | Single | ACH | Mon | 16 May 202 |
| 8380330 | 01 Apr 2022 10:46 AM | Completed | Single | ACH | Fri | 01 Apr 202: |
| 8308193 | 28 Feb 2022 10:30 AM | Completed | Single | ACH | Mon | 28 Feb 202: |
| 8241202 | 28 Jan 2022 1:33 PM | Completed | Single | ACH | Fri | 28 Jan 202: |
| 8178953 | 30 Dec 2021 11:46 AM | Completed | Single | ACH | Thu | 30 Dec 202 |
| 8112874 | 29 Nov 2021 12:58 PM | Completed | Single | ACH | Mon | 29 Nov 202 |
| 8060770 | 02 Nov 2021 1:52 PM | Completed | Single | ACH | Tue | 02 Nov 202 |
| 8005875 | 08 Oct 2021 8:35 AM | Completed | Single | ACH | Fri | 08 Oct 202: |
| 7925359 | 02 Sep 2021 10:00 AM | Completed | Single | ACH | Thu | 02 Sep 202 |
| 7855198 | 02 Aug 2021 9:32 AM | Completed | Single | ACH | Mon | 02 Aug 202 |
| 7772365 | 28 Jun 2021 9:38 AM | Completed | Single | ACH | Mon | 28 Jun 202: |
| 7697475 | 26 May 2021 12:33 PM | Completed | Single | ACH | Wed | 26 May 202 |
| 7630577 | 28 Apr 2021 9:29 AM | Completed | Single | ACH | Wed | 28 Apr 202: |
| 7555648 | 26 Mar 2021 12:01 PM | Completed | Single | ACH | Fri | 26 Mar 202 |
| 7484315 | 26 Feb 2021 10:30 AM | Completed | Single | ACH | Fri | 26 Feb 202: |
| 7376838 | 12 Jan 2021 9:47 AM | Completed | Single | ACH | Tue | 12 Jan 202: |