UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
jromero@scura.com
Counsel for Debtor

| | |
|---|---|
| Case No.: | 20-22439 |
| Chapter: | 13 |
| Adv. No.: | 24-01469 |
| Hearing Date: | 8/8/2024 10:00 AM |
| Judge: | JKS |

In Re:

Elie Valerius,

Debtor

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtors in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On June 28, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Object To Claims of T Mobile/T-Mobile USA, Certification of Debtor in Support of Objection to Proof of Claim No. 2, Exhibit A_POC No. 2 - T Mobile, and Proposed Order (Dkt.140); Notice of Objection to Claim No. 2 (Dkt.141)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 28, 2024

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Elie Valerius<br>20 41st. Street<br>Irvington, NJ 07111 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| T Mobile/T-Mobile USA Inc by American InfoSource as agent<br>Attn: President/CEO/Registered Agent<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| T Mobile/T-Mobile USA Inc by American InfoSource as agent<br>Attn: President/CEO/Registered Agent<br>PO Box 248848<br>Oklahoma City, OK 73124 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |