UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
jromero@scura.com
Counsel for Debtor

In Re:

Elie Valerius,

Debtor

Case No.: 20-22439
Chapter: 13
Adv. No.: 24-01469
Hearing Date: 8/8/2024 10:00 AM
Judge: JKS

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On June 28, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Object To Claims of Nationstar Mortgage LLC, Certification of Debtor in Support of Objection to Proof of Claim No. 4, Exhibit A - Claim 4 - Community Loan Servicing, LLC fka Bayview Loan Servicing LLC, Exhibit B - Mr Cooper payoff quote, Exhibit C - Wire Transfer Request, Exhibit D - 12.2.22 4.9 wire transfer, Exhibit E - 12.29.22 35 wire transfer

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 28, 2024

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Elie Valerius<br>20 41st. Street<br>Irvington, NJ 07111 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Metropolitan Life Insurance Company<br>Attn: President/CEO/Registered Agent<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables FL 33146 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC as attorney in fact for Metropolitan Life Insurance Company<br>Attn: President/CEO/Registered Agent<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables FL 33146 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aldridge Pite, LLP<br>Attn: Wendy Locke<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Counsel for Metropolitan Life Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY/<br>Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Ashley Pascuzzi, Esq.<br>Gross Polowy, LLC<br>1775 Wherle Drive<br>Williamsville, NY 14221 | Counsel for Community Loan Servicing, LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY/<br>Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Harold N. Kaplan, Esq.<br>RAS Citron, LLC<br>133 Gaither Dr.<br>MT Laurel, NJ 08054 | Counsel for METROPOLITAN LIFE INSURANCE COMPANY/<br>Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sindi Mncina, Esq.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>13010 Morris Road<br>Suite 450<br>Alpharetta, GA 30004 | Counsel for Nationstar Mortgage LLC/ Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>Attn: President/CEO/Registered Agent<br>800 State Highway 121 Bypass,<br>Lake Vista 4<br>Lewisville, TX 75067 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*