Case number: 20-22439 
Chap 13

07/08/2024

Dear Judge

My name is ELIE VALERIUS, I'd like to be present in front you in person during that hearing, that will be held on 7/11/24.

I was informed that Honorable Judge Sherwood will be on vacation. I Request for that hearing to be done in front of the Judge, when he returns on the July 25th, 2024, session. I'm the destor in this case.

thanks for your understanding

ELIE VALERIUS