07/31/24

To Whom it may Concern

As I made a request over the phone to be present at the hearing in front the Judge Sherwood. Please, attaches this evidence.

I need to be present to the hearing I'm Elie Valerius, the debtor it will be held on August the 8th.

Case number 20 22439

Elie VALERIUS

7/31/24, 12:56 PM      Outlook

7/31/24, 12:56 PM

## Judge

**Marie Val <MarievedetteRN@msn.com>**

Wed 7/31/2024 9:48 AM

To:MARIE VALERIUS <eliemarievalerius@msn.com>

Judge

Answer

Dear judge,

I hired the Scura law firm because pro CAP7, an abusive company that bought fraudulently a lien for $150 . That was fees after I paid $18000 taxes. This company has been very abusive towards me . However, God allows judge Catz to understand what was happening .The case and he granted me justice.

Pro Cap attempted a second time and loss again.

Since then this company continues to harassing me, persecuting me , disturbing me and made it really hard for my family and I. I spent so much money paying excessive fee and unfair charges.

During the full Covid-19 pandemic in 2020. The US government implemented a law to protect homeowners against foreclosure,but Pro-cap 7 decided to attack my with force. Our previous lawyer had taken a job offer from the township creating a conflict of interest. He advised us to fill for bankruptcy to protect our asset.

We hired Mr. David Steven to fill bankruptcy to protect our assets against Pro Cap 7

The bankruptcy number is: 2022439JKS

The full original amount was: $123,000.00

Last year, Romero from the Scura firm was convincing me to refinance. I noticed a $10,000 surplus to the firm without my consent. I told him I wanted to pay the bankruptcy off instead. He became very resistant . When I tried to

Make my monthly payment i noted I was blocked . I could not pay the monthly bankruptcy payment I then mailed the trustee, $38,000,$21,000and another 21,000 to the trustee in addition to the $77,700 already paid . She confirmed receiving a total of $120,878.00 from me. She asked me to fax her the payoff request before the motion to consideration hearing. The motion I filed prose and it was granted . I still don't know the reason causing my case to be dismissed as I was making regular payments to the portal. That placed my houses in great danger while I had a lawyer on the bankruptcy case. It seemed Romero was very hostile to me and often not interested with a payoff. He was interested in refinancing I was more interested with a payoff but it seemed that he dropped the case intentionally while I was in good standard with my payments. The I rushed to file the motion prose to re-open the case. I also had to pay another lawyer $400 for advice to do the right thing to protect my assets.

During that time Pro cap 7 paid tax my property . Fortunately dear judge , you granted the motion to reconsider.

My wife and I wrote several letters then Mr. David Stevens said he would help.

but still not interested in a payoff.

Instead I noted he created a new payment plan that is very different from the original plan. That plan was $123.000 .

and I only have to pay $3,000 to pay it off.

The second plan does not add up the $ 42,000.00 I sent to the trustee . Mr. Steven requested I pay $26,000 than changed to $24,306.00. I had to borrow money from my wife. This plan also has another 21 months x $2100 monthly . ($24,306 + $44,100 plus fee = about $77.000 . I don't understand the reason behind it. He want me to pay $76,000 surplus after he confirmed that the Trisha's an excess cash on hand. I just noted in the portal that the trustee gave him $11,076,80 with my consent. I also paid $5,000 as a retainer agreement.meaning he Already got $ 16,7076.80 now he is requested an other $13,000 for a total of $29,7076.80 for a bankruptcy case.

Your honor, I am a father of 3 children , I have a family to take care off. I work hard saving people 'life and special the veterans as a Respiratory Practitioner. All my life I have helped people as a Pastor. Today, I am seeking justice and peace . I was scheduled to court and find out you were on vacation . I had to request to come before you to seek justice. Now Mr. Stevens requested to be removed from the case. Since I requested to be present in court.

Dear Judge,I have the privilege to come before you to request you the chapter 13 pay off, a reimbursement and a completion of this case officially. Please ask the trustee return all extra monies on hand. Review Mr. David Steeven excess money collected from

Case 20-22439-JKS    Doc 148    Filed 07/31/24    Entered 07/31/24 14:53:25    Desc Main
                        Document      Page 3 of 31

the trustee vs the retainer agreement. Any additional fees should have an explanation.

Dear judge an official pay off can free me from this tournament.

Amount I already paid:

Grand total paid :$151,478.00

Plan 1 ( original plan)

Paid

$260

$77,700 (37x$2100)

$2100

$2100

Total paid $120,878

Original requested amount: $123,000

Reconsideration plan 2

$24,306

$2,100

$2100

$2100

Total $32,606

Additional requested amount: $77,000??

Grand total paid :$151,478.00

Original chapter 13 amount was : 123,000

It has been paid of in excess of. $28,478

Without justice Mr. Steven's plan 2 will make us pay an excess of $77,000

Dear judge I still believe in the US justice system and the chapter 13 payoff will me to live a peaceful life .

Sincerely,

Mr. Elie Valerius

Get Outlook for iOS

## Judge

Marie Val <MarievedetteRN@msn.com>
Wed 7/31/2024 9:48 AM
To:MARIE VALERIUS <eliemarievalerius@msn.com>
Judge

Answer

Dear judge,

I hired the Scura law firm because pro CAP7, an abusive company that bought fraudulently a lien for $150 . That was fees after I paid $18000 taxes. This company has been very abusive towards me . However, God allows judge Catz to understand what was happening .The case and he granted me justice.

Pro Cap attempted a second time and loss again.

Since then this company continues to harassing me, persecuting me , disturbing me and made it really hard for my family and I. I spent so much money paying excessive fee and unfair charges.

During the full Covid-19 pandemic in 2020. The US government implemented a law to protect homeowners against foreclosure,but Pro-cap 7 decided to attack me with force. Our previous lawyer had taken a job offer from the township creating a conflict of interest. He advised us to fill for bankruptcy to protect our asset.

We hired Mr. David Steven to fill bankruptcy to protect our assets against Pro Cap 7

The bankruptcy number is: 2022439JKS

The full original amount was: $123,000.00

Last year, Romero from the Scura firm was convincing me to refinance. I noticed a $10,000 surplus to the firm without my consent. I told him I wanted to pay the bankruptcy off instead. He became very resistant . When I tried to

Make my monthly payment i noted I was blocked . I could not pay the monthly bankruptcy payment I then mailed the trustee, $38,000,$21,000and another 21,000 to the trustee in addition to the $77,700 already paid . She confirmed receiving a total of $120,878.00 from me. She asked me to fax her the payoff request before the motion to consideration hearing. The motion I filed prose and it was granted . I still don't know the reason causing my case to be dismissed as I was making regular payments to the portal. That placed my houses in great danger while I had a lawyer on the bankruptcy case. It seemed Romero was very hostile to me and often not interested with a payoff. He was interested in refinancing I was more interested with a payoff but it seemed that he dropped the case intentionally while I was in good standard with my payments. The I rushed to file the motion prose to re-open the case. I also had to pay another lawyer $400 for advice to do the right thing to protect my assets.

During that time Pro cap 7 paid tax my property . Fortunately dear judge , you granted the motion to reconsider.

My wife and I wrote several letters then Mr. David Stevens said he would help.

but still not interested in a payoff.

Instead I noted he created a new payment plan that is very different from the original plan. That plan was $123.000 .

and I only have to pay $3,000 to pay it off.

The second plan does not add up the $ 42,000.00 I sent to the trustee . Mr. Steven requested I pay $26,000 than changed to $24,306.00. I had to borrow money from my wife. This plan also has another 21 months x $2100 monthly . ($24,306 + $44,100 plus fee = about $77.000 . I don't understand the reason behind it. He want me to pay $76,000 surplus after he confirmed that the Trisha's an excess cash on hand. I just noted in the portal that the trustee gave him $11,076,80 with my consent. I also paid $5,000 as a retainer agreement.meaning he Already got $ 16,7076.80 now he is requested an other $13,000 for a total of $29,7076.80 for a bankruptcy case.

Your honor, I am a father of 3 children , I have a family to take care off. I work hard saving people 'life and special the veterans as a Respiratory Practitioner. All my life I have helped people as a Pastor. Today, I am seeking justice and peace . I was scheduled to court and find out you were on vacation . I had to request to come before you to seek justice. Now Mr. Stevens requested to be removed from the case. Since I requested to be present in court.

Dear Judge,I have the privilege to come before you to request you the chapter 13 pay off, a reimbursement and a completion of this case officially. Please ask the trustee return all extra monies on hand. Review Mr. David Steeven excess money collected from

the trustee vs the retainer agreement. Any additional fees should have an explanation.

Dear judge an official pay off can free me from this tournament.

Amount I already paid:

Grand total paid :$151,478.00

Plan 1 ( original plan)

Paid

$260

$77,700 (37x$2100)

$2100

$2100

Total paid $120,878

Original requested amount: $123,000

Reconsideration plan 2

$24,306

$2,100

$2100

$2100

Total $32,606

Additional requested amount: $77,000??

Grand total paid :$151,478.00

Original chapter 13 amount was : 123,000

It has been paid of in excess of. $28,478

Without justice Mr. Steven's plan 2 will make us pay an excess of $77,000

Dear judge I still believe in the US justice system and the chapter 13 payoff will me to live a peaceful life .

Sincerely,


Mr. Elie Valerius



Get Outlook for iOS

**Case Number: 2022439** Export

TRUSTEE: Marie-Ann Greenberg (Fairfield, NJ)    NDC CASE STATUS: ACTIVE-OPEN

## OVERVIEW

View Chart of Receipts and Disbursements

## LEDGER DETAILS                                                        Export

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|--------------|--------------|---------------|-------------|--------|
| 07/15/2024 | 23 | 930907 | PC7, LLC | Principal (System Check) | -$19227.05 |
| 06/27/2024 | | | N/A | ePay Standard Plan Payment (9851823000) | $2100.00 |
| 06/27/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 05/31/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$720.00 |
| 05/31/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$760.00 |
| 05/31/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$624.00 |
| 05/31/2024 | | | N/A | ePay Standard Plan Payment (9808243000) | $9000.00 |
| 05/31/2024 | | | N/A | ePay Standard Plan Payment (9808244000) | $9500.00 |
| 05/31/2024 | | | N/A | ePay Standard Plan Payment (9808247000) | $7600.00 |
| 05/21/2024 | | | SANTANDER CONSUMER USA | Creditor Refund Principal (Refunded) | $148.12 |
| 05/10/2024 | 23 | 928027 | PC7, LLC | Principal (System Check) | -$37191.27 |
| 05/10/2024 | 2 | 927190 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$1959.60 |
| 05/10/2024 | 24 | 927190 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$260.10 |
| 04/15/2024 | 24 | 925681 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.77 |
| 04/15/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 04/15/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 04/15/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$3091.04 |
| 04/15/2024 | 23 | 926600 | PC7, LLC | Principal (System | -$1683.40 |

| Date Paid | Claim Number | Check Number | Name of Party | Description (Check) | Amount |
|---|---|---|---|---|---|
| 04/15/2024 | 6 | 926690 | SANTANDER CONSUMER USA | Principal (System Check) | -$148.12 |
| 04/15/2024 | 2 | 925681 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$88.70 |
| 04/15/2024 | | | N/A | Cashier's Check | $2100.00 |
| 04/15/2024 | | | N/A | Cashier's Check | $2100.00 |
| 04/15/2024 | | | N/A | Cashier's Check | $38638.00 |
| 02/12/2024 | 6 | 923776 | SANTANDER CONSUMER USA | Principal (System Check) | -$296.25 |
| 02/12/2024 | 23 | 923696 | PC7, LLC | Principal (System Check) | -$3366.82 |
| 02/12/2024 | 2 | 922802 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$177.40 |
| 02/12/2024 | 24 | 922802 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$23.55 |
| 02/12/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 01/30/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 01/30/2024 | | | N/A | ePay Standard Plan Payment (9605717000) | $2100.00 |
| 01/12/2024 | | | N/A | ePay Standard Plan Payment (9579605000) | $2100.00 |
| 01/12/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 01/08/2024 | 24 | 921472 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.77 |
| 01/08/2024 | 2 | 921472 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$88.70 |
| 01/08/2024 | 23 | 922310 | PC7, LLC | Principal (System Check) | -$1683.40 |
| 01/08/2024 | 6 | 922387 | SANTANDER CONSUMER USA | Principal (System Check) | -$148.12 |
| 12/11/2023 | | | N/A | ePay Standard Plan Payment (9526407000) | $2100.00 |
| 12/11/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 11/13/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 11/13/2023 | 2 | 918627 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$88.70 |
| 11/13/2023 | 24 | 918627 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.77 |
| 11/13/2023 | | | N/A | ePay Standard Plan Payment (9478099000) | $2100.00 |
| 11/13/2023 | 6 | 919616 | SANTANDER CONSUMER USA | Principal (System Check) | -$148.13 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | 23 | 919538 | PC7, LLC | Principal (System Check) | -$1683.41 |
| 10/16/2023 | 6 | 918171 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.54 |
| 10/16/2023 | 24 | 917202 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.96 |
| 10/16/2023 | 23 | 918097 | PC7, LLC | Principal (System Check) | -$1710.85 |
| 10/16/2023 | 2 | 917202 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$90.14 |
| 10/04/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 10/04/2023 | | | N/A | ePay Standard Plan Payment (9415780000) | $2100.00 |
| 09/18/2023 | 6 | 916724 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.54 |
| 09/18/2023 | 2 | 915681 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$90.15 |
| 09/18/2023 | 23 | 916627 | PC7, LLC | Principal (System Check) | -$1710.86 |
| 09/18/2023 | 24 | 915681 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.96 |
| 09/05/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 09/05/2023 | | | N/A | ePay Standard Plan Payment (9361678000) | $2100.00 |
| 08/14/2023 | 6 | 915203 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.54 |
| 08/14/2023 | 24 | 914197 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.96 |
| 08/14/2023 | 23 | 915128 | PC7, LLC | Principal (System Check) | -$1710.85 |
| 08/14/2023 | 2 | 914197 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$90.14 |
| 07/27/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 07/27/2023 | | | N/A | ePay Standard Plan Payment (9295258000) | $2100.00 |
| 07/17/2023 | 25 | 913618 | PC7, LLC | Principal (System Check) | -$350.00 |
| 07/17/2023 | 6 | 913706 | SANTANDER CONSUMER USA | Principal (System Check) | -$123.71 |
| 07/17/2023 | 2 | 912668 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$74.08 |
| 07/17/2023 | 23 | 913618 | PC7, LLC | Principal (System Check) | -$1405.89 |
| 07/17/2023 | 24 | 912668 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$9.83 |
| 07/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 07/03/2023 | | | N/A | ePay Standard Plan Payment (9255367000) | $2100.00 |
| 06/12/2023 | 6 | 912187 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.54 |
| 06/12/2023 | 2 | 911147 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$90.14 |
| 06/12/2023 | 23 | 912105 | PC7, LLC | Principal (System Check) | -$1710.85 |
| 06/12/2023 | 24 | 911147 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$11.96 |
| 06/07/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 06/07/2023 | | | N/A | ePay Standard Plan Payment (9210462000) | $2100.00 |
| 05/15/2023 | 6 | 910700 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.15 |
| 05/15/2023 | 24 | 909695 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$12.09 |
| 05/15/2023 | 23 | 910613 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 05/15/2023 | 2 | 909695 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$91.11 |
| 05/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 05/03/2023 | | | N/A | ePay Standard Plan Payment (9147217000) | $2100.00 |
| 04/17/2023 | 6 | 909142 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.15 |
| 04/17/2023 | 2 | 908017 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$91.11 |
| 04/17/2023 | 23 | 909047 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 04/17/2023 | 24 | 908017 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$12.09 |
| 04/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 04/03/2023 | | | N/A | ePay Standard Plan Payment (9088135000) | $2100.00 |
| 03/13/2023 | 6 | 907526 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.15 |
| 03/13/2023 | 24 | 906466 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$12.09 |
| 03/13/2023 | 2 | 906466 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$91.11 |
| 03/13/2023 | 23 | 907428 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 03/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 03/03/2023 | | | N/A | ePay Standard Plan Payment | $2100.00 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 09/30/2022 | | | N/A | ePay Standard Plan Payment (8733592000) | $2100.00 |
| 09/30/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/09/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/09/2022 | | | N/A | ePay Standard Plan Payment (8699308000) | $2100.00 |
| 09/08/2022 | | | N/A | ePay Standard Plan Payment (8697137000) | $2100.00 |
| 09/08/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/02/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/02/2022 | | | N/A | ePay Standard Plan Payment (8685153000) | $2100.00 |
| 08/15/2022 | 23 | 896398 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 08/15/2022 | 6 | 896493 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.37 |
| 08/15/2022 | 24 | 895782 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 |
| 08/15/2022 | 2 | 895782 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 |
| 08/05/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 08/05/2022 | | | N/A | ePay Standard Plan Payment (8633780000) | $2100.00 |
| 07/06/2022 | | | N/A | ePay Standard Plan Payment (8572184000) | $2100.00 |
| 07/06/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 06/20/2022 | 2 | 892483 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 |
| 06/20/2022 | 24 | 892483 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 |
| 06/20/2022 | 6 | 893260 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.37 |
| 06/20/2022 | 23 | 893148 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 05/17/2022 | | | N/A | ePay Standard Plan Payment (8473051000) | $2100.00 |
| 05/17/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 05/16/2022 | 24 | 890816 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 |
| 05/16/2022 | 2 | 890816 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 |
| 05/16/2022 | 6 | 891539 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.37 |
| 05/16/2022 | 23 | 891432 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 04/18/2022 | 6 | 889867 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.37 |
| 04/18/2022 | 2 | 889093 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 |
| 04/18/2022 | 24 | 889093 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 |
| 04/18/2022 | 23 | 889755 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 04/04/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 04/04/2022 | | | N/A | ePay Standard Plan Payment (8380330000) | $2100.00 |
| 03/14/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 03/14/2022 | 6 | 888131 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.96 |
| 03/14/2022 | 23 | 888022 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 03/14/2022 | 24 | 887413 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 |
| 03/14/2022 | 2 | 887413 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 |
| 03/01/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 03/01/2022 | | | N/A | ePay Standard Plan Payment (8308193000) | $2100.00 |
| 02/14/2022 | 6 | 886437 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.96 |
| 02/14/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 02/14/2022 | 23 | 886326 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 02/14/2022 | 2 | 885702 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 |
| 02/14/2022 | 24 | 885702 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 |
| 01/31/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 01/31/2022 | | | N/A | ePay Standard Plan Payment (8241202000) | $2100.00 |
| 01/10/2022 | 6 | 884717 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.96 |
| 01/10/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 01/10/2022 | 24 | 884017 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 |
| 01/10/2022 | 2 | 884017 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 |
| 01/10/2022 | 23 | 884608 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 01/03/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 01/03/2022 | | | N/A | ePay Standard Plan Payment (8178953000) | $2100.00 |
| 12/13/2021 | 6 | 883069 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.96 |
| 12/13/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 12/13/2021 | 2 | 882361 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 |
| 12/13/2021 | 24 | 882361 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 |
| 12/13/2021 | 23 | 882955 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 11/30/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 11/30/2021 | | | N/A | ePay Standard Plan Payment (8112874000) | $2100.00 |
| 11/17/2021 | 6 | 881433 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.96 |
| 11/17/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 11/17/2021 | 24 | 880731 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 |
| 11/17/2021 | 2 | 880731 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 |
| 11/17/2021 | 23 | 881329 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 11/03/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 11/03/2021 | | | N/A | ePay Standard Plan Payment (8060770000) | $2100.00 |
| 10/18/2021 | 6 | 879736 | SANTANDER CONSUMER USA | Principal (System Check) | -$151.35 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|--------------|--------------|---------------|-------------|--------|
| 10/18/2021 | 23 | 879625 | PC7, LLC | Principal (System Check) | -$1720.00 |
| 10/18/2021 | 2 | 879030 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$90.63 |
| 10/18/2021 | 24 | 879030 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.03 |
| 10/18/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 10/12/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 10/12/2021 | | | N/A | ePay Standard Plan Payment (8005875000) | $2100.00 |
| 09/20/2021 | 6 | 878006 | SANTANDER CONSUMER USA | Principal (System Check) | -$151.72 |
| 09/20/2021 | 23 | 877883 | PC7, LLC | Principal (System Check) | -$1724.28 |
| 09/20/2021 | 24 | 877247 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$7.15 |
| 09/20/2021 | 2 | 877247 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$90.85 |
| 09/03/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |
| 09/03/2021 | | | N/A | ePay Standard Plan Payment (7925359000) | $2100.00 |
| 08/16/2021 | 23 | 876124 | PC7, LLC | Principal (System Check) | -$1935.82 |
| 08/16/2021 | 6 | 876229 | SANTANDER CONSUMER USA | Principal (System Check) | -$170.34 |
| 08/16/2021 | 2 | 875525 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$102.00 |
| 08/16/2021 | 24 | 875525 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$8.02 |
| 08/03/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |
| 08/03/2021 | | | N/A | ePay Standard Plan Payment (7855198000) | $2100.00 |
| 07/19/2021 | 6 | 874525 | SANTANDER CONSUMER USA | Principal (System Check) | -$147.16 |
| 07/19/2021 | 24 | 873841 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$6.93 |
| 07/19/2021 | 2 | 873841 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$88.12 |
| 07/19/2021 | 23 | 874421 | PC7, LLC | Principal (System Check) | -$1672.45 |
| 06/29/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - | -$126.00 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|--------------|--------------|---------------|-------------|--------|
| | | | Greenberg | PLAN RECEIPT | |
| 06/29/2021 | | | N/A | ePay Standard Plan Payment (7772365000) | $2100.00 |
| 06/21/2021 | 6 | 872776 | SANTANDER CONSUMER USA | Principal (System Check) | -$144.81 |
| 06/21/2021 | 2 | 872032 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$86.72 |
| 06/21/2021 | 24 | 872032 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$6.82 |
| 06/21/2021 | 23 | 872660 | PC7, LLC | Principal (System Check) | -$1645.76 |
| 05/27/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |
| 05/27/2021 | | | N/A | ePay Standard Plan Payment (7697475000) | $2100.00 |
| 05/17/2021 | 6 | 870949 | SANTANDER CONSUMER USA | Principal (System Check) | -$145.32 |
| 05/17/2021 | 2 | 870242 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$87.02 |
| 05/17/2021 | 23 | 870842 | PC7, LLC | Principal (System Check) | -$1651.56 |
| 04/29/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$157.50 |
| 04/29/2021 | | | N/A | ePay Standard Plan Payment (7630577000) | $2100.00 |
| 04/19/2021 | 6 | 869097 | SANTANDER CONSUMER USA | Principal (System Check) | -$163.32 |
| 04/19/2021 | 2 | 868332 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$97.79 |
| 04/19/2021 | 23 | 868977 | PC7, LLC | Principal (System Check) | -$1856.04 |
| 03/29/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$157.50 |
| 03/29/2021 | | | N/A | ePay Standard Plan Payment (7555648000) | $2100.00 |
| 03/01/2021 | | | N/A | ePay Standard Plan Payment (7484315000) | $2100.00 |
| 03/01/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$157.50 |
| 01/13/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$19.50 |
| 01/13/2021 | | | N/A | ePay Standard Plan Payment (7376838000) | $260.00 |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.



**CLAIM ACCESS**

Debtors

Creditors

Attorneys

**ABOUT US**

About NDC

Board of Directors

History of NDC

Participating Trustees

Accessibility Statement

**RESOURCES**

Get Help

Notifications

Downloads

Sitemap

© 2024 National Data Center

E X H I B I T B

*E* X I B I T A

**Online Payment ID**    20224393056    ⌄

**Marie-Ann Greenberg**    Marie-Ann Greenberg

| ID | Date Created | Status | Type | Method | Payment Date | Total Amount |
|----|--------------|--------|------|--------|--------------|--------------|
| 9851823 | 26 Jun 2024 12:10 AM | Completed | Single | ACH | Wed  26 Jun 2024 | $ 2,102.00 |
| 9808247 | 30 May 2024 2:54 AM | Completed | Single | ACH | Thu  30 May 2024 | $ 7,802.00 |
| 9808244 | 30 May 2024 2:50 AM | Completed | Single | ACH | Thu  30 May 2024 | $ 9,502.00 |
| 9808243 | 30 May 2024 2:44 AM | Completed | Single | ACH | Thu  30 May 2024 | $ 9,002.00 |
| 9605717 | 29 Jan 2024 9:35 AM | Completed | Single | ACH | Mon  29 Jan 2024 | $ 2,102.00 |
| 9579605 | 11 Jan 2024 10:08 AM | Completed | Single | ACH | Thu  11 Jan 2024 | $ 2,102.00 |
| 9526407 | 08 Dec 2023 2:00 PM | Completed | Single | ACH | Fri  08 Dec 2023 | $ 2,102.00 |
| 9478099 | 09 Nov 2023 1:07 PM | Completed | Single | ACH | Thu  09 Nov 2023 | $ 2,102.00 |
| 9415780 | 03 Oct 2023 11:32 AM | Completed | Single | ACH | Tue  03 Oct 2023 | $ 2,102.00 |
| 9361678 | 01 Sep 2023 1:07 PM | Completed | Single | ACH | Fri  01 Sep 2023 | $ 2,102.00 |
| 9295258 | 26 Jul 2023 3:59 PM | Completed | Single | ACH | Wed  26 Jul 2023 | $ 2,102.00 |
| 9255367 | 01 Jul 2023 3:12 PM | Completed | Single | ACH | Sat  01 Jul 2023 | $ 2,102.00 |
| 9210462 | 06 Jun 2023 11:36 AM | Completed | Single | ACH | Tue  06 Jun 2023 | $ 2,102.00 |
| 9147217 | 02 May 2023 1:13 AM | Completed | Single | ACH | Tue  02 May 2023 | $ 2,102.00 |
| 9088135 | 31 Mar 2023 3:58 PM | Completed | Single | ACH | Fri  31 Mar 2023 | $ 2,102.00 |
| 9035162 | 02 Mar 2023 3:27 PM | Completed | Single | ACH | Thu  02 Mar 2023 | $ 2,102.00 |
| 8968322 | 30 Jan 2023 10:42 AM | Completed | Single | ACH | Mon  30 Jan 2023 | $ 2,102.00 |
| 8912040 | 30 Dec 2022 11:31 AM | Completed | Single | ACH | Fri  30 Dec 2022 | $ 2,102.00 |
| 8853299 | 29 Nov 2022 2:11 PM | Completed | Single | ACH | Tue  29 Nov 2022 | $ 2,102.00 |
| 8803636 | 01 Nov 2022 10:03 AM | Completed | Single | ACH | Tue  01 Nov 2022 | $ 2,102.00 |
| 8733592 | 28 Sep 2022 8:47 AM | Completed | Single | ACH | Wed  28 Sep 2022 | $ 2,102.00 |
| 8699308 | 08 Sep 2022 11:06 AM | Completed | Single | ACH | Thu  08 Sep 2022 | $ 2,102.00 |
| 8697137 | 07 Sep 2022 11:03 AM | Completed | Single | ACH | Wed  07 Sep 2022 | $ 2,102.00 |
| 8685153 | 01 Sep 2022 10:00 AM | Completed | Single | ACH | Thu  01 Sep 2022 | $ 2,102.00 |
| 8633780 | 04 Aug 2022 1:26 PM | Completed | Single | ACH | Thu  04 Aug 2022 | $ 2,102.00 |
| 8572184 | 05 Jul 2022 9:41 AM | Completed | Single | ACH | Tue  05 Jul 2022 | $ 2,102.00 |
| 8473051 | 16 May 2022 4:16 PM | Completed | Single | ACH | Mon  16 May 2022 | $ 2,102.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8380330 | 01 Apr 2022 10:46 AM | Completed | Single | ACH | Fri | 01 Apr 2022 | $ 2,102.00 |
| 8308193 | 28 Feb 2022 10:30 AM | Completed | Single | ACH | Mon | 28 Feb 2022 | $ 2,102.00 |
| 8241202 | 28 Jan 2022 1:33 PM | Completed | Single | ACH | Fri | 28 Jan 2022 | $ 2,102.00 |
| 8178953 | 30 Dec 2021 11:46 AM | Completed | Single | ACH | Thu | 30 Dec 2021 | $ 2,102.00 |
| 8112874 | 29 Nov 2021 12:58 PM | Completed | Single | ACH | Mon | 29 Nov 2021 | $ 2,102.00 |
| 8060770 | 02 Nov 2021 1:52 PM | Completed | Single | ACH | Tue | 02 Nov 2021 | $ 2,102.00 |
| 8005875 | 08 Oct 2021 8:35 AM | Completed | Single | ACH | Fri | 08 Oct 2021 | $ 2,102.00 |
| 7925359 | 02 Sep 2021 10:00 AM | Completed | Single | ACH | Thu | 02 Sep 2021 | $ 2,102.00 |
| 7855198 | 02 Aug 2021 9:32 AM | Completed | Single | ACH | Mon | 02 Aug 2021 | $ 2,102.00 |
| 7772365 | 28 Jun 2021 9:38 AM | Completed | Single | ACH | Mon | 28 Jun 2021 | $ 2,102.00 |
| 7697475 | 26 May 2021 12:33 PM | Completed | Single | ACH | Wed | 26 May 2021 | $ 2,102.00 |
| 7630577 | 28 Apr 2021 9:29 AM | Completed | Single | ACH | Wed | 28 Apr 2021 | $ 2,102.00 |
| 7555648 | 26 Mar 2021 12:01 PM | Completed | Single | ACH | Fri | 26 Mar 2021 | $ 2,102.00 |
| 7484315 | 26 Feb 2021 10:30 AM | Completed | Single | ACH | Fri | 26 Feb 2021 | $ 2,102.00 |
| 7376838 | 12 Jan 2021 9:47 AM | Completed | Single | ACH | Tue | 12 Jan 2021 | $ 262.00 |

Exibit C

Money disbused to the Mortgage Compony after the house is paid — the lawyer M' steven and M' Romeo have Knowlege of the fact.

The Bank has sent the pray off quote to M' Romeo.

1) APRIL 2014 —> Car is paid full
04-16-2024

GLORA WIGFIELD

2) 10/17/22 Check number        $8106.00        8106.00
                                                944.30
                                                2026.50
3) 12/12/2022 —> Check number    $944.30        11076.80
         8003273                               + 5000.00
                                                16.07680
4) 11/14/2022    8003151        $2026.50

5) 12/12/2022    902880          944

6) 5/21/24                      $148.12 " excess for car
                                          payment. After
                                                Pay off.

- December 2022 — 20 41st street is paid off

- Trustee Continued to disbursed money to the mortgage
  company →

- 01/10/22  → Chec # 884017  Community loan S  91.59
  01/10/22  →      884017     "    "    "       12.16

  02/14/22  →      885702     "    "    "       12.16
  02/14/22  →      885702     "    "    "       91.59

  04/14/22  →      887413     "    "    "       91.59

  03/14/22  →      887413     "    "    "       12.16

  04/18/22  →      889093     "    "    "       93.04

  05/16/2022 →     890816     "    "    "       12.35

06/20/22 →   892483

| | | | | |
|---|---|---|---|---|
| 06/20/22 → | 892483 | → | 93.04 | |
| 08/15/22 → | 895782 | → | 12.95 | |
| 08/15/22 → | 895282 | → | 93.04 | |
| 12/12/22 → | 901 842 | | 16.17 | |

Notim stor

| | | | |
|---|---|---|---|
| 01/09/23 → | 903341 | → | 14.24 |
| 01/09/23 → | 903340 | → | 91.11 |
| 02/17/23 → | 904839 | → | 91.11 |
| 2/17/23 → | 904839 | → | 12.09 |
| 03/13/23 → | 906466 | → | 91.11 |
| 3/13/23 → | 906466 | → | $ 12.09 |
| 4/17/23 → | 908047 | → | 91.11 |
| 5/15/23 → | 909695 | → | $ 91.11 |
| 05/15/23 → | 909695 | → | 12.09 |
| 06/12/23 → | 911147 | → | 11.96 |
| 06/12/23 → | 911147 | → | 90.14 |
| 07/17/23 → | 912668 | → | $ 9.83 |
| 07/17/23 → | 912668 | → | 74.08 |
| 8/14/23 → | 914197 | → | 90.14 |
| 8/14/23 → | 914197 | → | 11.96 |
| 09/18/23 → | 915681 | → | 90.15 |
| 10/16/23 → | 917002 | → | $ 90.14 |

(91.11)

Notim stos

PAID IN FULL
APR 16 2024
I CERTIFY THIS TO BE TRUE AND
EXACT COPY OF THE ORIGINAL

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

**Buyer Name and Address**
PAUL E. ICER
61 61ST STREET
IRVINGTON NJ 07111

**Co-Buyer Name and Address**
LEXUS OF ROUTE 10
130 ROUTE 10
WHIPPANY, NJ 07981

| New/Used | Year | Make | Vehicle Identification Number |
|---|---|---|---|
| USED | 2012 | LEXUS RX350 | 2T2BK1BA8CC148045 |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 17.20 % | $9002.00 | $20012.00 | $37144.48 | $40216.48 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $836.34 | Monthly beginning 05/01/2015 |

**TRUTH-IN-LENDING DISCLOSURES**

**1445530**
**2x**

EXIBIT C

7/31/24, 9:58 AM                                     Debtor Account Ledger | NDC

| Date Paid | Claim Number | Check Number | Name of Party | Description (9035162000) | Amount |
|---|---|---|---|---|---|
| 02/13/2023 | 6 | 905927 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.15 |
| 02/13/2023 | 23 | 905823 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 02/13/2023 | 24 | 904839 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$12.09 |
| 02/13/2023 | 2 | 904839 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$91.11 |
| 01/31/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 01/31/2023 | | | N/A | ePay Standard Plan Payment (8968322000) | $2100.00 |
| 01/09/2023 | 6 | 904380 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.15 |
| 01/09/2023 | 2 | 903341 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$91.11 |
| 01/09/2023 | 24 | 903341 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$14.24 |
| 01/09/2023 | 23 | 904275 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 01/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 01/03/2023 | | | N/A | ePay Standard Plan Payment (8912040000) | $2100.00 |
| 12/12/2022 | 6 | 902880 | SANTANDER CONSUMER USA | Principal (System Check) | -$27.00 |
| 12/12/2022 | 23 | 902780 | PC7, LLC | Principal (System Check) | -$306.88 |
| 12/12/2022 | 0 | 8003213 | SCURA WIGFIELD HEYER & STEVENS, LLP | Attorney Fee (System Check) | -$944.30 |
| 12/12/2022 | 25 | 902780 | PC7, LLC | Principal (System Check) | -$688.00 |
| 12/12/2022 | 2 | 901842 | NATIONSTAR MORTGAGE LLC | Principal (System Check) | -$16.17 |
| 11/30/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 11/30/2022 | | | N/A | ePay Standard Plan Payment (8853299000) | $2100.00 |
| 11/14/2022 | 0 | 8003151 | SCURA WIGFIELD HEYER & STEVENS, LLP | Attorney Fee (System Check) | -$2026.50 |
| 11/02/2022 | | | N/A | ePay Standard Plan Payment (8803636000) | $2100.00 |
| 11/02/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 10/17/2022 | 0 | 8003100 | SCURA WIGFIELD HEYER & STEVENS, LLP | Attorney Fee (System Check) | -$8106.00 |

Case 20-22439-JKS    Claim 4-1 Filed 01/06/21    Desc Main Document      Page 59 of 60
Exhibit A - Claim 4 - Community Loan Servicing    LLC fka Bayview Loan Servicing L    Page 59 of 60

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF AMENDMENT OF "BAYVIEW LOAN

SERVICING, LLC", CHANGING ITS NAME FROM "BAYVIEW LOAN

SERVICING, LLC" TO "COMMUNITY LOAN SERVICING, LLC", FILED IN

THIS OFFICE ON THE SIXTEENTH DAY OF SEPTEMBER, A.D. 2020, AT

8:54 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF

THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TWENTY-EIGHTH DAY

OF SEPTEMBER, A.D. 2020.



Jeffrey W. Bullock, Secretary of State

Authentication:
Date: 09-17-20

# Mr cooper

Payoff Quote Include>/Omit Items

## Wire Transfer Outgoing Request

**CHASE ○**

### Wire Transfer Sender Information

| Sender Name: | | | |
|---|---|---|---|
| MARIE LICIN-VALERIUS | | | |

| Account Name: | | Street Address: | |
|---|---|---|---|
| MARIE LICIN-VALERIUS | | 20 41ST ST | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| IRVINGTON | NJ | 07111-1255 | USA | 973-204 8527 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | NJ | L40955198551681 | 06/10/2022 | 01/20/2026 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| | | | | |

| Comments: |
|---|
| |

### Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 11/26/2022 | 12:35:30PM Eastern time | 11/28/2022 | Domestic |

| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
|---|---|---|---|
| XXXXXX6540 | CHASE SAVINGS | $81,248.47 | |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Savings | $35.00 |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD) |
|---|---|---|---|
| US Dollars | N/A | N/A | $81,283.47 |

| FX Contract Number: |
|---|
| |

### Recipient Account Information

| Account Name: | | | | |
|---|---|---|---|---|
| mr cooper | | | | |

| Street Address: | Account Number: | | | |
|---|---|---|---|---|
| | 46290004551832 | | | |
| | City: | State: | Zip: | Country: |

| Text to Recipient: |
|---|
| Acc Number 0694764051 |

### Receiving Bank Information

| Bank Name: | | | |
|---|---|---|---|
| JPMorgan Chase Bank National Association | | | |

| Street Address: | Bank ABA/SWIFT Code: | | |
|---|---|---|---|
| 875 Saw Mill River Rd | 021000021 | | |
| | City: | State: | Zip: | Country: |
| | Ardsley | NY | 10502-1117 | USA |

| Intermediary Bank Name: |
|---|
| |

| Street Address: | Intermediary Bank ABA: | | |
|---|---|---|---|
| | City: | State: | Zip: | Transits: |

| Text to Receiving Bank: |
|---|
| |

N15220-CS WTA (06/2022)    Page 1 of 5

Case 20-22439-JKS  Doc 148  Filed 07/31/24  Entered 07/31/24 14:53:21  Desc Main

Case 20-22439-JKS  Doc 45-6  Filed 06/28/24  Entered 06/28/24 16:38:23  Desc
Exhibit E - 12,29,22 35 wire Transfer  Page 1 of 1

## Wire Transfer Outgoing Request

# CHASE 🏦

### Wire Transfer Sender Information

**Sender Name:**
MARIE LICIN VALERIUS

**Account Name:**
ELIE VALERIUS
OR MARIE V LICIN-VALERIUS

**Street Address:**
20 41ST ST

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| IRVINGTON | NJ | 07111-1255 | USA | 973-704-5324 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | NJ | E4098519855168I | 06/10/2022 | 01/20/2026 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| | | | | |

**Comments:**

### Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 12/29/2022 | 03:11:50PM Eastern time | 12/29/2022 | Domestic |

| Debit Account #: | Debit Account Type: | Wire Amount (US dollars) | Wire Fee: |
|---|---|---|---|
| XXXXX4381 | PREMIER PLUS CKG | $35.00 | |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Checking | $35.00 |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $70.00 |

**FX Contract Number:**

### Recipient Account Information

**Account Name:**
Mr Cooper

| Street Address: | Account Number: | | | |
|---|---|---|---|---|
| | 46290004551832 | | | |
| | City: | State: | Zip: | Country: |

**Text to Recipient:**

### Receiving Bank Information

**Bank Name:**
JPMorgan Chase Bank National Association

| Street Address: | Bank ABA/SWIFT Code: | | | |
|---|---|---|---|---|
| 875 Saw Mill River Rd. | 021000021 | | | |
| | City: | State: | Zip: | Country: |
| | Ardsley | NY | 10502-1117 | USA |

**Intermediary Bank Name:**

| Street Address: | Intermediary Bank ABA: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

**Text to Receiving Bank:**

N15220-CS WTA (06/2022)

## OFFICE OF MARIE-ANN GREENBERG, CHAPTER 13 STANDING TRUSTEE

Request for Balance to Complete
Updated 2/18/2022

on

Chapter 13 Case Number: 2022439-JKS Debtor(s) Name(s): *Elie VAlerius*

Date of Request: 5/20/2024    Name of Person Making Request: *Elie VALerius*

Phone # of Person Requesting 973-695-8121 / 973-204-8527

E-Mail of Person Requesting *eliemarievaleriuse msn. com*

Relationship to Debtor *Self*

Reason for Request

*payoff Alternative to stop Pro Cap 7 Oppression and Abusive practice and to set the lien off*

**Source of funds to payoff case**

Please include supporting documentation for funds submitted in excess of four (4) regularly scheduled monthly trustee payments. This can include HUD/Closing disclosures, bank statements and/or other business records. Additional information may be requested by the Standing Trustee. If funds are being submitted via Epay, please have your attorney submit the documentation using www.bkdocs.us

_____

**Once form has been completed, please submit via your Attorney using bkdocs.us. If you are a debtor's attorney and have not already signed up for this service, please contact our systems administrator at admin@magtrustee.com.**

Please note that these requests get processed in the order we receive them and no later than 10 working days from the date of receipt of the request.

counted

*Payment made: 39 payments of $2100 = 77,700$*
*1 peyment of $260*
*1 peyment of $38638*
*$120,798.00*

*Please*

5/20/2024

We requested balance
to complete known
to the motion my husband
filed. Trustee ask to send
known to the motion hearing
unfortunately it was no
addressed.

need a the complete prepayment
clerk office discharge plan
why my case was dismissed? discharge?

# FAX

| | | | |
|---|---|---|---|
| To: | Ms. Marie Ann Greenburg | From: | Mr. Elie Valerius |
| Fax: | 973-227-3272/ 973-227-0039 | Fax: | 800-540-2956 |
| Phone: | 973-227-2840 | Phone: | 973-204-8527/973-495-8121 |
| No. Pages: | 12 | Date: | 05/20/2024 |
| Subject: | **Payoff alternative request Case # 2022439** | | |
| Comments: | | | |

Payoff Alternative to stop Pro Cap oppression, abuse and to get off the unfair lien. Irvington Township owes us because of Pro Cap7 about $80,000. I had to file bankruptcy to protect my asset because the legal process is too slow and justice is delay. I am a peaceful professional citizen.

**FYI:** Attached a copy of 41 payment already made. 41 through the portal.

1. $260           (epay)
2. 37 x $2100= $77,700 (epay)
3. $2100         (Bank check mailed 1)
4. $2100         (Bank check mailed 2)
5. $38,638.00    (Bank check mailed3)
   **Total: $120,878.00 paid**

2100
2100
4200
2406

5/30/24
9502.00
7802
9002
24306.00

2826

A motion to reclassify
Extent of reclassify it
with an extensive amount
of with he paid himself $5000

failed to include the
$42,838 paid to
Trustee despite
Trustee acknowledge
receipt

[Phone] ☎
[Email] ✉
[Website] 🌐