| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1<br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>Facsimile 973-696-8571<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>*Counsel for the Debtor Elie Valerius* | Order Filed on August 15, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| *In re:*<br><br>ELIE VALERIUS,<br><br>                    Debtor. | Case No.: 20-22439<br><br>Chapter 13<br><br>Hon. John K. Sherwood<br><br>Hearing Date/Time: August 8, 2024<br>                    @ 10:00 AM |

### ORDER AUTHORIZING THE LAW FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMAROTA, LLP TO WITHDRAW AS COUNSEL

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: August 15, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Elie Valerius
Case No.: 20-22439 (JKS)
Caption of Order: Order Authorizing the Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Withdraw as Counsel

_____

THIS MATTER having been brought to the Court on the Certification of David L. Stevens, Esquire, on a motion to be relieved as counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing;

**ORDERED** that the firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP. is authorized to withdraw as counsel for the Debtor Elie Valerius (the "Debtor") in Bankruptcy Case No.: 20-22439.

**AND FURTHER ORDERED** any approved fees due to Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, and any supplemental fee application for services rendered while retained by the Debtor, shall continue to be treated as an administrative priority expense in accordance with the Code.