**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
*Counsel for Debtor*

**Order Filed on August 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* <br><br> ELIE VALERIUS, <br><br>          DEBTOR. | Chapter 13 <br><br> Case No. 20-22439-JKS <br><br> Hon. John K. Sherwood <br><br> **Hearing Date: Aug. 8, 2024, 10:00am** |

### ORDER DISALLOWING CLAIM OF Nationstar Mortgage LLC, POC No. 4

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 15, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Elie Valerius
Case No.: 20-22439-JKS

Caption of Order: **ORDER DISALLOWING CLAIM OF Nationstar Mortgage LLC, POC No. 4**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtor, Elie Valerius, by and through counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, for entry of an order disallowing Claim No. 2 filed by Metropolitan Life Insurance Company (f/k/a Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC), now held by Nationstar Mortgage LLC, in the amount of $89,162.51, and with mortgage arrears as of the date of the petition in the amount of $7,025.00; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown;

**IT IS hereby ORDERED:**

1. The proof of claim filed by Metropolitan Life Insurance Company (f/k/a Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC), now held by Nationstar Mortgage LLC, in the amount of $89,162.51, and with mortgage arrears as of the date of the petition in the amount of $7,025.00, and identified as Claim No. 4 in the Debtor's Claim Register, is hereby disallowed.