**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1
**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Facsimile 973-696-8571
David L. Stevens, Esq.
dstevens@scura.com
*Counsel for the Debtor Elie Valerius*

*In re:*

  ELIE VALERIUS,

                    Debtor.

Order Filed on August 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-22439

Chapter 13

Hon. John K. Sherwood

Hearing Date/Time: August 8, 2024

                    @ 10:00 AM

**ORDER AUTHORIZING THE LAW FIRM OF SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMAROTA, LLP TO WITHDRAW AS COUNSEL**

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: August 15, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:  Elie Valerius
Case No.: 20-22439 (JKS)
Caption of Order: Order Authorizing the Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to
              Withdraw as Counsel

---

THIS MATTER having been brought to the Court on the Certification of David L. Stevens, Esquire, on a motion to be relieved as counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing;

**ORDERED** that the firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP. is authorized to withdraw as counsel for the Debtor Elie Valerius (the "Debtor") in Bankruptcy Case No.: 20-22439.

**AND FURTHER ORDERED** any approved fees due to Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, and any supplemental fee application for services rendered while retained by the Debtor, shall continue to be treated as an administrative priority expense in accordance with the Code.

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 20-22439-JKS

Elie Valerius                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                              Page 1 of 2

Date Rcvd: Aug 15, 2024                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

**Recip ID**                **Recipient Name and Address**
db                    +     Elie Valerius, 20 41st. St., Irvington, NJ 07111-1255

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:**

**Name**                      **Email Address**

Ashley Pascuzzi

    on behalf of Creditor Nationstar Mortgage LLC as servicer for Metropolitan Life Insurance Compan ecfnotices@grosspolowy.com

Ashley Pascuzzi

    on behalf of Creditor Metropolitan Life Insurance Company ecfnotices@grosspolowy.com

David L. Stevens

    on behalf of Debtor Elie Valerius dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

David L. Stevens

    on behalf of Plaintiff Elie Valerius dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon

on behalf of Creditor Community Loan Servicing  LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary C. Zeitz

on behalf of Creditor PC7  LLC gzeitz@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com

Harold N. Kaplan

on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com

Jamal J Romero

on behalf of Debtor Elie Valerius jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co
m;dwoody@scura.com

Linda S. Fossi

on behalf of Creditor PC7  LLC lfossi@zeitzlawfirm.com,
gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Marie-Ann Greenberg

magecf@magtrustee.com

Roshni R. Shah

on behalf of Debtor Elie Valerius rshah@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;14800@notic
es.nextchapterbk.com;spereyra@scura.com

Sindi Mncina

on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14