**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
*Counsel for Debtor*

Order Filed on August 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>ELIE VALERIUS,<br><br>     DEBTOR. | Chapter 13<br><br>Case No. 20-22439-JKS<br><br>Hon. John K. Sherwood<br><br>**Hearing Date: Aug. 8, 2024, 10:00am** |

**ORDER DISALLOWING CLAIM OF Nationstar Mortgage LLC, POC No. 4**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 15, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Elie Valerius
Case No.: 20-22439-JKS

Caption of Order: **ORDER DISALLOWING CLAIM OF Nationstar Mortgage LLC, POC No. 4**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtor, Elie Valerius, by and through counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, for entry of an order disallowing Claim No. 2 filed by Metropolitan Life Insurance Company (f/k/a Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC), now held by Nationstar Mortgage LLC, in the amount of $89,162.51, and with mortgage arrears as of the date of the petition in the amount of $7,025.00; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown;

**IT IS hereby ORDERED:**

1. The proof of claim filed by Metropolitan Life Insurance Company (f/k/a Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC), now held by Nationstar Mortgage LLC, in the amount of $89,162.51, and with mortgage arrears as of the date of the petition in the amount of $7,025.00, and identified as Claim No. 4 in the Debtor's Claim Register, is hereby disallowed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-22439-JKS
Elie Valerius                                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 2
Date Rcvd: Aug 15, 2024            Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elie Valerius, 20 41st. St., Irvington, NJ 07111-1255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

**Name**                **Email Address**

Ashley Pascuzzi
    on behalf of Creditor Nationstar Mortgage LLC as servicer for Metropolitan Life Insurance Compan ecfnotices@grosspolowy.com

Ashley Pascuzzi
    on behalf of Creditor Metropolitan Life Insurance Company ecfnotices@grosspolowy.com

David L. Stevens
    on behalf of Debtor Elie Valerius dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

David L. Stevens
    on behalf of Plaintiff Elie Valerius dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Community Loan Servicing  LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary C. Zeitz
    on behalf of Creditor PC7  LLC gzeitz@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com

Harold N. Kaplan
    on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com

Jamal J Romero
    on behalf of Debtor Elie Valerius jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com

Linda S. Fossi
    on behalf of Creditor PC7  LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Roshni R. Shah
    on behalf of Debtor Elie Valerius rshah@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;14800@notices.nextchapterbk.com;spereyra@scura.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14