| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>Counsel to Debtor | Order Filed on September 16, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Elie Valerius,<br><br>                              Debtor. | Case No.: 20-22439<br>Chapter: 13<br>Judge: JKS |

# ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 16, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having filed a second application for compensation [ECF No. 137]; and, in the application, the applicant having certified that legal work has been performed in Debtor's chapter 13 case; and no objection to the second application having been filed by the Debtor; and for the reasons set forth on the record of the hearing on September 11, 2024, it is:

ORDERED that the law firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., the applicant, is allowed fees in the amount of $5,000 and expenses in the amount of $45.68 for a total amount of $5,045.68, which shall be paid outside of the Debtor's Chapter 13 plan.

*rev.8/1/15*