UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 SEP 19 ᑭ 12: 32

Case No. CASE 20-22439JKS

Judge BY: _Sherwood_ D. Clerk

DEPUTY CLERK

Chapter 13 Motion

09-19-2024

The trustee and her lawyer have violated the plan that
originally filed in Bankruptcy court commencing on 12/1/2020.
The sum of $130.00 for a period of 2 months and then the
sum of $2100.00 for a period of 58 months, which payments
shall include commission and expenses of the Standing
Trustee in accordance with 28 U.S.C. 586.

It also ordered that the Debtor must refinance property of
16-18 41st street, Irvington by 9/30/2022.

I myself , Mr Elie Valerius and my wife told Mr Stevens that
the property was paid off many years ago, that we do not
want to refinance. We repeatedly asked him for a pay off
amount and an email was sent to the Trustee , who has
referred us to the lawyer. Our plan was to pay off the
bankruptcy that we filed to protect our assets. By the way,
your honor, PC-7 has placed an illegal lien on my property.
We have evidence to court where the township and its
representatives knew that we had filed a lawsuit to the

Superior court of new jersey for tax money and insurance held and seized for no apparent reason. The matter will be heard in front of Judge NUGENT. DOCKET NO: ESX-L-009217-19.

The trustee has paid more money to PC-7 . According to the email received from Mr Stevens. EXHIBIT F.

Mr Knapp did not show where the trustee had applied  the $42,848.00 that was sent via mail . EXHIBIT G

The Trustee has collected $10,475.04. EXHIBIT B

The Trustee has paid 113,369.29 . EXHIBIT A

The Trustee has disbursed 1,308.22 to community loan servicing LLC .EXHIBIT C

The trustee has disbursed 11,076.08 to the Scura law firm, without our consent. That was not part of the initial agreement or the plan. Because , we gave $5,000.00 for retainer agreement.

The trustee has disbursed $3,748.7 to Nation star EXHIBIT E, while my mortgage was paid off.

I'd like your HONOR to look at all my evidence that I have submitted to the court.

While I was in Bankruptcy the mortgagor received his regular monthly payment , until the house was paid off. The lexus was paid off.

Due to misunderstanding, my case was dismissed while I have been regularly paying my bankruptcy. I had to file a motion for reconsideration pro se, while my lawyer Mr Stevens  failed to intervene. PC-7 and its lawyers have tried to foreclose my property that has a value over $1,000000.00.

Regardless, the lawyer for PC-7 bought a defective lien for $17.000.00.

I'm asking your HONOR to intervene for justice to be served. I'm a humble citizen, a father of three, a person who has dedicated his life to help those who are in need. Also, a healthcare professional who has dedicated his life to help the veterans who are suffering. I'm a person who is contributing to help my community. Any fee and compensation that were being improperly applied can be returned to me, the debtor.

I did not ask for any modification of the plan. Our goal is to end this matter and I can be discharged from that bankruptcy.

Thank you Honorable Sherwood

Rev Elie valerius

## JUAN M. RIVERA, JR
### ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES



**Hall of Records**
**465 Martin Luther King Jr Blvd**
**Room 130**
**Newark, NJ 07102**
**(973) 621-4960**

*RETURN DOCUMENT TO:
NATIONSTAR MORTGAGE
PO BOX 619092
DALLAS, TX 75261
ATTN: RELEASES

**Instrument Number - 2024004937**
Recorded On 1/25/2024 At 3:08:03 PM
* Instrument Type - DISCHARGE OF MORTGAGE
Invoice Number - 690046      User ID: ZV
* Lender - NATIONSTAR MORTGAGE LLC
* Borrower - VALERIUS, ELIE
* PARCEL IDENTIFICATION NUMBER
  N/A-IRVINGTON

**Total Pages - 3**

* FEES
NJ PRESERVATION ACCOUNT   $15.00
REGISTER RECORDING FEE     $35.00
HOMELESSNESS TRUST FUND     $3.00
CODE BLUE EMERGENCY         $2.00
SHELTER SERVICES
TOTAL PAID                  $55.00

I hereby CERTIFY that this document is
Recorded in the Register of Deeds & Mortgages Office
of Essex County, New Jersey

Juan M. Rivera, Jr
Register of Deeds & Mortgages

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

008AOV

INSTRUMENT NUMBER - **2024004937**

| Essex County Recording Data Page Honorable Juan M. Rivera, Jr. Essex County Register | Official Use Only |
|---|---|
| **Official Use Only:** | |
| Date of Document: 11 05 2024 | Type of Document: Discharge |
| First Party Name: Valerius, Elie | Second Party Name: Nationstar Mortgage, LLC |
| Additional Parties: | |

**THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY**

| Block: | Lot: | Qualifier: |
|---|---|---|
| Municipality: | | |
| Consideration: | | |
| Mailing Address of Grantee: | | |

**THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY**

| Original Book: | Original Page: |
|---|---|

**ESSEX COUNTY RECORDING DATA PAGE**
Please do not detach this page from the original document as it contains important recording information and is part of the permanent record.

EXHIBIT E

Fwd: Elie chapter 13 balance

↓ Download    ☁ Save to OneDrive      ◁ Show email   ☐   ✕

**Subject:** Re: Elie chapter 13 balance

Dear Mr. David Stevens,

**I would like to have a meeting with you via Zoom on Friday between 11-1 PM, if possible.**

Your Statement:
Here is the Chapter 13 Plan analysis. Keep in mind that this assumes we are successful in objecting to the T-Mobile claim, and we also need to object to the Nationstar Mortgage claim. Also note that PC&, LLC (the tax lien holder) asserts that it is owed $100,650.13. I believe we will be successful in making PC7 accept the $81,430.97 that is reflected in the bankruptcy claims register.
t is not necessary to pay in equal installments as I explained. We just need to propose a realistic method of paying the total $51,992.50

**My understanding of your email:**

**You told us the settled bankruptcy amount for PC7 was $81,430.97 and other fees were $ 51,992.50 and that made a total of $ 133,423.47 ( Your Number)**
**You stated my husband would owe $51,992.50 if he had already $81,430.97**

## My correction.
## Your total is ($81,430.97 + $51,992.50) =$133,422.47

## we already paid :
## $ 266+ (Bankruptcy portal)
## $2100 x 37 = $77,700.00 + (Bankruptcy portal)
## $2100 + ( Via mail)
## $2100 + ( Via mail)
## $38638.00 + ( Via mail)

EXHIBIT G

**CASHIER'S CHECK**

**CHASE** 🅾️

1645124138   253
440

Date 03/__/2024   Void after 7 years

Remitter: ELIE VALERIUS/MARIE V LICIN-VALERIUS

Pay To The   MARIE ANN GREENBERG
Order Of:   CHAP 13 STANDING TRUSTEE

Pay:  TWO THOUSAND ONE HUNDRED DOLLARS AND 00 CENTS          $** 2,100.00 **

Elie Valerius                    Feb 2024
Memo: Account #2022439          payment
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈1645124138⑈ ⑆044000037⑆ 7586614433⑈

---

**CASHIER'S CHECK**

**CHASE** 🅾️

1645124139   253
440

Date 03/__/2024   Void after 7 years

Remitter: ELIE VALERIUS/MARIE V LICIN-VALERIUS

Pay To The   MARIE ANN GREENBERG
Order Of:   CHAP 13 STANDING TRUSTEE

Pay:  TWO THOUSAND ONE HUNDRED DOLLARS AND 00 CENTS          $** 2,100.00 **

Elie Valerius                    March 2024
Memo: Account #2022439          payment
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈1645124139⑈ ⑆044000037⑆ 7586614433⑈

---

**BANK OF AMERICA** 🇺🇸              Cashier's Check          No. 2017001437

Void After 90 Days          Date 03/15/24 03:47:59 PM

MAPLEWOOD  PARKER HILTON
756    0090152    118

Pay  >>>>> BANK OF AMERICA <<<<<          **$38,638.00**

**Thirty Eight Thousand Six Hundred Thirty Eight and 00/100 Dollars**

To The   MARIE ANN GREENBURG CHAPTER 13 STANDING TRUSTEE
Order Of:

Remitter (Purchased By): RELIABLE HEALTHCARE AGENCY INC

For Elie Valerius
Bank of America, N.A.   Account Number: 2022439
SAN ANTONIO, TX          payments

AUTHORIZED SIGNATURE

⑈2017001437⑈ ⑆114000019⑆ 1641006097⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

EXHIBIT

E

 NATIONAL**DATA**CENTER

MENU

MY PROFILE

**Case Number: 2022439**

Past Notifications

TRUSTEE: Marie-Ann Greenberg (Fairfield, NJ)

NDC CASE STATUS:    ACTIVE-OPEN



## OVERVIEW



### ⊟  Hide Chart of Receipts and Disbursements

All Claims

NATIONSTAR MORTGAGE LLC

Disbursements

All Time

Receipts        Disbursements



[ « Prev 3 months ]

## LEDGER DETAILS

05/10/2024

2

927190

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$1959.60

05/10/2024

24

927190

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$260.10

04/15/2024

24

925681

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.77

04/15/2024

2

925681

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$88.70

02/12/2024

2

922802

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$177.40

02/12/2024

24

922802

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$23.55

01/08/2024

24

921472

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.77



01/08/2024

2

921472

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$88.70

11/13/2023

2

918627

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$88.70

11/13/2023

24

918627

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.77

10/16/2023

24

917202

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.96

10/16/2023

2

917202

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$90.14



09/18/2023

2

915681

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$90.15

09/18/2023

24

915681

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.96

08/14/2023

24

914197

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.96

08/14/2023

2

914197

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$90.14

07/17/2023

2

912668

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$74.08

07/17/2023

24

912668

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$9.83

06/12/2023

24

911147

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$11.96

06/12/2023

2

911147

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$90.14

05/15/2023

2

909695

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$91.11

05/15/2023

24

909695

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$12.09

04/17/2023

2

908017

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$91.11

04/17/2023

24

908017

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$12.09

03/13/2023

24

906466

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$12.09

03/13/2023

2

906466

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$91.11

02/13/2023

2

904839

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$91.11

02/13/2023

24

904839

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$12.09

01/09/2023

2

903341

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$91.11

01/09/2023

24

903341

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$14.24

12/12/2022

2

901842

NATIONSTAR MORTGAGE LLC

Principal (System Check)

-$16.17

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.



Exhibit F

The lexus was paid off.

$148.12 | Refunded = Where was it applied and When?

EXIBIT - A    PC7 has Received $113,369.29

EXIBIT - B → TRUSTEE FEES COLLECTED FROM 06/29/21
To 09/23/2024    $10,475.04

EXIBIT  C → Money Disbursed To Community Loan
SERVICING LLC while I'm regularly
paid my Mortgage until it was paid
off -

$1308.22

EXIBIT  D → Money disbursed to SCURA and Mr
STEVENS Without our consent, Which
was not part of the plan. Including
a Retainer Agreement of $5000.00

$16,076.8

EXIBIT  E → Money disbursed without our knowledge
and Consent. At the time the Mortgage
was already paid off to Mr Cooper -
Also, Mr STEVENS Who was hired to repre-
sent Knew that the mortgage was paid off
The Bank has sent the wire transfered number to Mr

EXHIBIT

A

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|--------------|--------------|---------------|-------------|--------|
| 04/18/2022 | 23 | 889755 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 03/14/2022 | 23 | 888022 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 02/14/2022 | 23 | 886326 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 01/10/2022 | 23 | 884608 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 12/13/2021 | 23 | 882955 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 11/17/2021 | 23 | 881329 | PC7, LLC | Principal (System Check) | -$1738.30 |
| 10/18/2021 | 23 | 879625 | PC7, LLC | Principal (System Check) | -$1720.00 |
| 09/20/2021 | 23 | 877883 | PC7, LLC | Principal (System Check) | -$1724.28 |
| 08/16/2021 | 23 | 876124 | PC7, LLC | Principal (System Check) | -$1935.82 |
| 07/19/2021 | 23 | 874421 | PC7, LLC | Principal (System Check) | -$1672.45 |
| 06/21/2021 | 23 | 872660 | PC7, LLC | Principal (System Check) | -$1645.76 |
| 05/17/2021 | 23 | 870842 | PC7, LLC | Principal (System Check) | -$1651.56 |
| 04/19/2021 | 23 | 868977 | PC7, LLC | Principal (System Check) | -$1856.04 |

Total $13,369.29

Total disbursed to PC7, LLC From 04/19/2021 To 09/16/2024



Exhibit A

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|--------------|--------------|---------------|-------------|--------|
| 09/16/2024 | 23 | 933769 | PC7, LLC | Principal (System Check) | -$1995.00 |
| 08/19/2024 | 23 | 932364 | PC7, LLC | Principal (System Check) | -$2049.07 |
| 07/15/2024 | 23 | 930907 | PC7, LLC | Principal (System Check) | -$19227.0 |
| 05/10/2024 | 23 | 928027 | PC7, LLC | Principal (System Check) | -$37191.2 |
| 04/15/2024 | 23 | 926600 | PC7, LLC | Principal (System Check) | -$1683.40 |
| 02/12/2024 | 23 | 923696 | PC7, LLC | Principal (System Check) | -$3366.82 |
| 01/08/2024 | 23 | 922310 | PC7, LLC | Principal (System Check) | -$1683.40 |
| 11/13/2023 | 23 | 919538 | PC7, LLC | Principal (System Check) | -$1683.41 |
| 10/16/2023 | 23 | 918097 | PC7, LLC | Principal (System Check) | -$1710.85 |
| 09/18/2023 | 23 | 916627 | PC7, LLC | Principal (System Check) | -$1710.86 |
| 08/14/2023 | 23 | 915128 | PC7, LLC | Principal (System Check) | -$1710.85 |
| 07/17/2023 | 25 | 913618 | PC7, LLC | Principal (System Check) | -$350.00 |
| 07/17/2023 | 23 | 913618 | PC7, LLC | Principal (System Check) | -$1405.89 |
| 06/12/2023 | 23 | 912105 | PC7, LLC | Principal (System Check) | -$1710.85 |
| 05/15/2023 | 23 | 910613 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 04/17/2023 | 23 | 909047 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 03/13/2023 | 23 | 907428 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 02/13/2023 | 23 | 905823 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 01/09/2023 | 23 | 904275 | PC7, LLC | Principal (System Check) | -$1729.15 |
| 12/12/2022 | 23 | 902780 | PC7, LLC | Principal (System Check) | -$306.88 |
| 12/12/2022 | 25 | 902780 | PC7, LLC | Principal (System Check) | -$688.00 |
| 08/15/2022 | 23 | 896398 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 06/20/2022 | 23 | 893148 | PC7, LLC | Principal (System Check) | -$1765.74 |
| 05/16/2022 | 23 | 891432 | PC7, LLC | Principal (System Check) | -$1765.74 |

EXHIBIT



B

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|-------------|--------------|---------------|-------------|--------|
| 05/27/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |
| 04/29/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$157.50 |
| 03/29/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$157.50 |
| 03/01/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$157.50 |
| 01/13/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$19.50 |

NOTICE. The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.

 NATIONAL**DATA**CENTER

**CLAIM ACCESS**

Debtors
Creditors
Attorneys

**ABOUT US**

About NDC
Board of Directors
History of NDC
Participating Trustees
Accessibility Statement

**RESOURCES**

Get Help
Notifications
Downloads
Sitemap

EXHIBIT B

© 2024 National Data Center        Privacy Policy        Terms of Use

$10,475.04

TRUSTEE FEE COLLECTED = Plan

and Receipt

FROM 06/29/2021 TO 09/03/2024

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 11/30/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 11/02/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 09/30/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/09/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/08/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 09/02/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 08/05/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 07/06/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 05/17/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 04/04/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 03/14/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 03/01/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$73.50 |
| 02/14/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 01/31/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 01/10/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 01/03/2022 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 12/13/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 11/30/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 11/17/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 11/03/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 10/18/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 10/12/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 09/03/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |
| 08/03/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |
| 06/29/2021 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$126.00 |

9/18/24, 10:5...

## LEDGER DETAILS

Export

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 09/03/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 08/01/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$105.00 |
| 06/27/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 05/31/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$720.00 |
| 05/31/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$760.00 |
| 05/31/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$624.00 |
| 04/15/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 04/15/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 04/15/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$3091.04 |
| 02/12/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - DISBURSEMENT | |
| 01/30/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 01/12/2024 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 12/11/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 11/13/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 10/04/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$168.00 |
| 09/05/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 07/27/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 07/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 06/07/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 05/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$136.50 |
| 04/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 03/03/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |
| 01/31/2023 | | | Marie-Ann Greenberg | TRUSTEE FEE - PLAN RECEIPT | -$115.50 |

EXHIBIT

C

Exhibit C

## LEDGER DETAILS

Export

| Date Paid ▼ | Claim Number | Check Number | Name of Party | Description | Amount | |
|---|---|---|---|---|---|---|
| 08/15/2022 | 24 | 895782 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 | |
| 08/15/2022 | 2 | 895782 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 | |
| 06/20/2022 | 2 | 892483 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 | |
| 06/20/2022 | 24 | 892483 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 | |
| 05/16/2022 | 24 | 890816 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 | |
| 05/16/2022 | 2 | 890816 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 | |
| 04/18/2022 | 2 | 889093 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$93.04 | |
| 04/18/2022 | 24 | 889093 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.35 | |
| 03/14/2022 | 24 | 887413 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 | |
| 03/14/2022 | 2 | 887413 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 | |
| 02/14/2022 | 2 | 885702 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 | |
| 02/14/2022 | 24 | 885702 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 | |
| 01/10/2022 | 24 | 884017 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 | |
| 01/10/2022 | 2 | 884017 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 | |
| 12/13/2021 | 2 | 882361 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 | |
| 12/13/2021 | 24 | 882361 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 | |
| 11/17/2021 | 24 | 880731 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.16 | |
| 11/17/2021 | 2 | 880731 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$91.59 | |
| 10/18/2021 | 2 | 879030 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$90.63 | |
| 10/18/2021 | 24 | 879030 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$12.03 | |
| 09/20/2021 | 24 | 877247 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$7.15 | |
| 09/20/2021 | 2 | 877247 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$90.85 | |

| Date Paid | Claim Number | Check Number | Name of Party | Instrument | Amount | |
|-----------|--------------|--------------|---------------|------------|--------|---|
| 08/16/2021 | 2 | 875525 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$102.00 | + |
| 08/16/2021 | 24 | 875525 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$8.02 | + |
| 07/19/2021 | 24 | 873841 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$6.93 | + |
| 07/19/2021 | 2 | 873841 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$88.12 | + |
| 06/21/2021 | 2 | 872032 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$86.72 | + |
| 06/21/2021 | 24 | 872032 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$6.82 | + |
| 05/17/2021 | 2 | 870242 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$87.02 | + |
| 04/19/2021 | 2 | 868332 | COMMUNITY LOAN SERVICING LLC | Principal (System Check) | -$97.79 | |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.



NATIONAL DATA CENTER

CLAIM ACCESS

Debtors
Creditors
Attorneys

$1308.22

Money Sent to Community loan llc

FROM    04/19/2021    TO    09-2021

EXHIBIT C

EXHIBIT



*E x h i b i t  D*

## Hide Chart of Receipts and Disbursements

All Claims                    All Payees                    Receipts                    All

No records to display.

## LEDGER DETAILS                                                                    Export

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amount |
|-----------|--------------|--------------|---------------|-------------|--------|
| 12/12/2022 | 0 | 8003213 | SCURA WIGFIELD HEYER & STEVENS, LLP | Attorney Fee (System Check) | -$944.30 |
| 11/14/2022 | 0 | 8003151 | SCURA WIGFIELD HEYER & STEVENS, LLP | Attorney Fee (System Check) | -$2026.5 |
| 10/17/2022 | 0 | 8003100 | SCURA WIGFIELD HEYER & STEVENS, LLP | Attorney Fee (System Check) | -$8106.0 |

*Retainer Agreement*                                                    *5000.⁰⁰*

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.

EXHIBIT

F

## LEDGER DETAILS

EXHIBIT F

*Santander*

Export

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amoun |
|---|---|---|---|---|---|
| 05/21/2024 | | | SANTANDER CONSUMER USA | Creditor Refund Principal (Refunded) | $148.1 |
| 04/15/2024 | 6 | 926690 | SANTANDER CONSUMER USA | Principal (System Check) | -$148.1 |
| 02/12/2024 | 6 | 923776 | SANTANDER CONSUMER USA | Principal (System Check) | -$296.2 |
| 01/08/2024 | 6 | 922387 | SANTANDER CONSUMER USA | Principal (System Check) | -$148.1 |
| 11/13/2023 | 6 | 919616 | SANTANDER CONSUMER USA | Principal (System Check) | -$148.1 |
| 10/16/2023 | 6 | 918171 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.5 |
| 09/18/2023 | 6 | 916724 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.5 |
| 08/14/2023 | 6 | 915203 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.5 |
| 07/17/2023 | 6 | 913706 | SANTANDER CONSUMER USA | Principal (System Check) | -$123.7 |
| 06/12/2023 | 6 | 912187 | SANTANDER CONSUMER USA | Principal (System Check) | -$150.5 |
| 05/15/2023 | 6 | 910700 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.1 |
| 04/17/2023 | 6 | 909142 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.1 |
| 03/13/2023 | 6 | 907526 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.1 |
| 02/13/2023 | 6 | 905927 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.1 |
| 01/09/2023 | 6 | 904380 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.1 |
| 12/12/2022 | 6 | 902880 | SANTANDER CONSUMER USA | Principal (System Check) | -$27.00 |

| Date Paid | Claim Number | Check Number | Name of Party | Description | Amoun |
|---|---|---|---|---|---|
| 08/15/2022 | 6 | 896493 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.3 |
| 06/20/2022 | 6 | 893260 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.3 |
| 05/16/2022 | 6 | 891539 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.3 |
| 04/18/2022 | 6 | 889867 | SANTANDER CONSUMER USA | Principal (System Check) | -$155.3 |
| 03/14/2022 | 6 | 888131 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.9 |
| 02/14/2022 | 6 | 886437 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.9 |
| 01/10/2022 | 6 | 884717 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.9 |
| 12/13/2021 | 6 | 883069 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.9 |
| 11/17/2021 | 6 | 881433 | SANTANDER CONSUMER USA | Principal (System Check) | -$152.9 |
| 10/18/2021 | 6 | 879736 | SANTANDER CONSUMER USA | Principal (System Check) | -$151.3 |
| 09/20/2021 | 6 | 878006 | SANTANDER CONSUMER USA | Principal (System Check) | -$151.7 |
| 08/16/2021 | 6 | 876229 | SANTANDER CONSUMER USA | Principal (System Check) | -$170.3 |
| 07/19/2021 | 6 | 874525 | SANTANDER CONSUMER USA | Principal (System Check) | -$147.1 |
| 06/21/2021 | 6 | 872776 | SANTANDER CONSUMER USA | Principal (System Check) | -$144.8 |
| 05/17/2021 | 6 | 870949 | SANTANDER CONSUMER USA | Principal (System Check) | -$145.3 |
| 04/19/2021 | 6 | 869097 | SANTANDER CONSUMER USA | Principal (System Check) | -$163.3 |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon

independent verification of the information.

EXHIBIT

H

Debtor(s): ELIE VALERIUS

Case No.: 20-22439 JKS

Caption of Order:    ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 1/27/2021, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 12/1/2020, the Debtor shall pay the Standing Trustee

  the sum of $130.00 for a period of 2 month(s), and then

  the sum of $2,100.00 for a period of 58 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that the Debtor must refinance property of 16-18 41St Street, Irvington by 9/30/2022 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.



EXHIBIT H

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  ELIE VALERIUS
     20 41ST. ST.
     IRVINGTON, NJ  07111

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
       1599 HAMBURG TURNPIKE
       WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 20-22439

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2021 | $260.00 | 7376838000 | 03/01/2021 | $2,100.00 | 7484315000 |
| 03/29/2021 | $2,100.00 | 7555648000 | 04/29/2021 | $2,100.00 | 7630577000 |
| 05/27/2021 | $2,100.00 | 7697475000 | 06/29/2021 | $2,100.00 | 7772365000 |
| 08/03/2021 | $2,100.00 | 7855198000 | 09/03/2021 | $2,100.00 | 7925359000 |
| 10/12/2021 | $2,100.00 | 8005875000 | 11/03/2021 | $2,100.00 | 8060770000 |
| 11/30/2021 | $2,100.00 | 8112874000 | 01/03/2022 | $2,100.00 | 8178953000 |
| 01/31/2022 | $2,100.00 | 8241202000 | 03/01/2022 | $2,100.00 | 8308193000 |
| 04/04/2022 | $2,100.00 | 8380330000 | 05/17/2022 | $2,100.00 | 8473051000 |
| 07/06/2022 | $2,100.00 | 8572184000 | 08/05/2022 | $2,100.00 | 8633780000 |
| 09/02/2022 | $2,100.00 | 8685153000 | 09/08/2022 | $2,100.00 | 8697137000 |
| 09/09/2022 | $2,100.00 | 8699308000 | 09/30/2022 | $2,100.00 | 8733592000 |
| 11/02/2022 | $2,100.00 | 8803636000 | 11/30/2022 | $2,100.00 | 8853299000 |
| 01/03/2023 | $2,100.00 | 8912040000 | 01/31/2023 | $2,100.00 | 8968322000 |
| 03/03/2023 | $2,100.00 | 9035162000 | 04/03/2023 | $2,100.00 | 9088135000 |
| 05/03/2023 | $2,100.00 | 9147217000 | 06/07/2023 | $2,100.00 | 9210462000 |
| 07/03/2023 | $2,100.00 | 9255367000 | 07/27/2023 | $2,100.00 | 9295258000 |
| 09/05/2023 | $2,100.00 | 9361678000 | 10/04/2023 | $2,100.00 | 9415780000 |
| 11/13/2023 | $2,100.00 | 9478099000 | 12/11/2023 | $2,100.00 | 9526407000 |

**Total Receipts: $73,760.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $73,760.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| COMMUNITY LOAN SERVICING LLC | | | | | | | |
| | 04/19/2021 | $97.79 | 868,332 | | 05/17/2021 | $87.02 | 870,242 |
| | 06/21/2021 | $86.72 | 872,032 | | 06/21/2021 | $6.82 | 872,032 |
| | 07/19/2021 | $88.12 | 873,841 | | 07/19/2021 | $6.93 | 873,841 |
| | 08/16/2021 | $102.00 | 875,525 | | 08/16/2021 | $8.02 | 875,525 |
| | 09/20/2021 | $90.85 | 877,247 | | 09/20/2021 | $7.15 | 877,247 |
| | 10/18/2021 | $90.63 | 879,030 | | 10/18/2021 | $12.03 | 879,030 |
| | 11/17/2021 | $91.59 | 880,731 | | 11/17/2021 | $12.16 | 880,731 |

Page 1 of 3

Chapter 13 Case # 20-22439

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/13/2021 | $91.59 | 882,361 | | 12/13/2021 | $12.16 | 882,361 |
| | 01/10/2022 | $91.59 | 884,017 | | 01/10/2022 | $12.16 | 884,017 |
| | 02/14/2022 | $91.59 | 885,702 | | 02/14/2022 | $12.16 | 885,702 |
| | 03/14/2022 | $91.59 | 887,413 | | 03/14/2022 | $12.16 | 887,413 |
| | 04/18/2022 | $93.04 | 889,093 | | 04/18/2022 | $12.35 | 889,093 |
| | 05/16/2022 | $93.04 | 890,816 | | 05/16/2022 | $12.35 | 890,816 |
| | 06/20/2022 | $93.04 | 892,483 | | 06/20/2022 | $12.35 | 892,483 |
| | 08/15/2022 | $93.04 | 895,782 | | 08/15/2022 | $12.35 | 895,782 |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 12/12/2022 | $16.17 | 901,842 | | 01/09/2023 | $91.11 | 903,341 |
| | 01/09/2023 | $14.24 | 903,341 | | 02/13/2023 | $91.11 | 904,839 |
| | 02/13/2023 | $12.09 | 904,839 | | 03/13/2023 | $91.11 | 906,466 |
| | 03/13/2023 | $12.09 | 906,466 | | 04/17/2023 | $91.11 | 908,017 |
| | 04/17/2023 | $12.09 | 908,017 | | 05/15/2023 | $91.11 | 909,695 |
| | 05/15/2023 | $12.09 | 909,695 | | 06/12/2023 | $90.14 | 911,147 |
| | 06/12/2023 | $11.96 | 911,147 | | 07/17/2023 | $74.08 | 912,668 |
| | 07/17/2023 | $9.83 | 912,668 | | 08/14/2023 | $90.14 | 914,197 |
| | 08/14/2023 | $11.96 | 914,197 | | 09/18/2023 | $90.15 | 915,681 |
| | 09/18/2023 | $11.96 | 915,681 | | 10/16/2023 | $90.14 | 917,202 |
| | 10/16/2023 | $11.96 | 917,202 | | 11/13/2023 | $88.70 | 918,627 |
| | 11/13/2023 | $11.77 | 918,627 | | | | |
| PC7, LLC | | | | | | | |
| | 04/19/2021 | $1,856.04 | 868,977 | | 05/17/2021 | $1,651.56 | 870.842 |
| | 06/21/2021 | $1,645.76 | 872,660 | | 07/19/2021 | $1,672.45 | 874,421 |
| | 08/16/2021 | $1,935.82 | 876,124 | | 09/20/2021 | $1,724.28 | 877,883 |
| | 10/18/2021 | $1,720.00 | 879,625 | | 11/17/2021 | $1,738.30 | 881,329 |
| | 12/13/2021 | $1,738.30 | 882,955 | | 01/10/2022 | $1,738.30 | 884.608 |
| | 02/14/2022 | $1,738.30 | 886,326 | | 03/14/2022 | $1,738.30 | 888.022 |
| | 04/18/2022 | $1,765.74 | 889,755 | | 05/16/2022 | $1,765.74 | 891,432 |
| | 06/20/2022 | $1,765.74 | 893,148 | | 08/15/2022 | $1,765.74 | 896,398 |
| | 12/12/2022 | $306.88 | 902,780 | | 12/12/2022 | $688.00 | 902,780 |
| | 01/09/2023 | $1,729.15 | 904,275 | | 02/13/2023 | $1,729.15 | 905,823 |
| | 03/13/2023 | $1,729.15 | 907,428 | | 04/17/2023 | $1,729.15 | 909,047 |
| | 05/15/2023 | $1,729.15 | 910,613 | | 06/12/2023 | $1,710.85 | 912,105 |
| | 07/17/2023 | $1,405.89 | 913,618 | | 07/17/2023 | $350.00 | 913,618 |
| | 08/14/2023 | $1,710.85 | 915,128 | | 09/18/2023 | $1,710.86 | 916,627 |
| | 10/16/2023 | $1,710.85 | 918,097 | | 11/13/2023 | $1,683.41 | 919,538 |
| SANTANDER CONSUMER USA | | | | | | | |
| | 04/19/2021 | $163.32 | 869,097 | | 05/17/2021 | $145.32 | 870,949 |
| | 06/21/2021 | $144.81 | 872,776 | | 07/19/2021 | $147.16 | 874,525 |
| | 08/16/2021 | $170.34 | 876,229 | | 09/20/2021 | $151.72 | 878.006 |
| | 10/18/2021 | $151.35 | 879,736 | | 11/17/2021 | $152.96 | 881,433 |
| | 12/13/2021 | $152.96 | 883,069 | | 01/10/2022 | $152.96 | 884,717 |
| | 02/14/2022 | $152.96 | 886,437 | | 03/14/2022 | $152.96 | 888,131 |
| | 04/18/2022 | $155.37 | 889,867 | | 05/16/2022 | $155.37 | 891,539 |
| | 06/20/2022 | $155.37 | 893,260 | | 08/15/2022 | $155.37 | 896,493 |
| | 12/12/2022 | $27.00 | 902,880 | | 01/09/2023 | $152.15 | 904,380 |
| | 02/13/2023 | $152.15 | 905,927 | | 03/13/2023 | $152.15 | 907,526 |
| | 04/17/2023 | $152.15 | 909,142 | | 05/15/2023 | $152.15 | 910,700 |
| | 06/12/2023 | $150.54 | 912,187 | | 07/17/2023 | $123.71 | 913,706 |
| | 08/14/2023 | $150.54 | 915,203 | | 09/18/2023 | $150.54 | 916,724 |
| | 10/16/2023 | $150.54 | 918,171 | | 11/13/2023 | $148.13 | 919,616 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,229.94 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 11,076.80 | 100.00% | 11,076.80 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 20-22439

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRI | 7,025.00 | 100.00% | 2,557.01 | 4,467.99 |
| 0003 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PERFECTION COLLECTION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SANTANDER CONSUMER USA | VEHICLE SECURE | 11,731.64 | 100.00% | 4,270.17 | 7,461.47 |
| 0007 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 122,206.20 | 100.00% | 0.00 | 122,206.20 |
| 0010 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,151.52 | 100.00% | 0.00 | 2,151.52 |
| 0011 | TOWNSHIP OF IRVINGTON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ABELINO CANTU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ANGELICA CANTU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAROL AUGUSTE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | ISAAC DOMINGO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | JUNETTE APOLLON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LUCOS DE LA CRUZ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MARIE ROSE NADEL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | MAURA FLORES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | MAXI AVANSON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | MAXI CHRISNADELLE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | PC7, LLC | SECURED | 133,326.90 | 100.00% | 48,529.11 | 84,797.79 |
| 0024 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 888.00 | 100.00% | 294.96 | 593.04 |
| 0025 | PC7, LLC | ADMINISTRATIVI | 1,038.00 | 100.00% | 1,038.00 | 0.00 |

Total Paid: $71,995.99
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $73,760.00        -     Paid to Claims: $56,689.25     -     Admin Costs Paid: $15,306.74   =    Funds on Hand: $3,864.01

**NOTE:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.