UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Elie Valerius
20 41st
Irvington NJ 07111

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2024 OCT 10 P 2:34
JEANNE A. NAUGHTON
BY: DEPUTY CLERK

In Re:

Gary C. Zeitz, L.L.C
1101 Laurel Oak Road, suite 170
Voorhees, NJ 08043

Case No.: 20-22439 JKS

Chapter: 13

Adv. No.:

Hearing Date: 10/24/24

Judge: Sherwood

**CERTIFICATION OF SERVICE**

1. I, Elie Valerius :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☑ am the debtor in this case and am representing myself.

2. On 10/08/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/08/2024

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| GARY C. ZEITZ, L.L.C<br>1101 Laurel Oak Road, 110<br>Voorhees, NJ 08043 | Plaintiff | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |


Elie Valerius
20 41st Street
Irvington, NJ 07111
DV DANIELS NJ 070
8 OCT 2024 PM 8 L
As in past elections,
USPS is ready.
TO
Bankruptcy Court
50 Walnut St
Newark, NJ 07102
07102-355199