Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−22439−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elie Valerius
   20 41st. St.
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3056

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 28, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 161 − 157
ORDER DENYING MOTION OBJECTING TO PC−7 CLAIM AND MODIFIED PLAN. (Related Doc # 157). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/28/2024. (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 28, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-22439-JKS
Elie Valerius                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 2
Date Rcvd: Oct 28, 2024               Form ID: orderntc            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

**Recip ID        Recipient Name and Address**
db            +  Elie Valerius, 20 41st. St., Irvington, NJ 07111-1255

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024                         Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

**Name**                    **Email Address**
Ashley Pascuzzi
                            on behalf of Creditor Nationstar Mortgage LLC as servicer for Metropolitan Life Insurance Compan ecfnotices@grosspolowy.com

Ashley Pascuzzi
                            on behalf of Creditor Metropolitan Life Insurance Company ecfnotices@grosspolowy.com

David L. Stevens
                            on behalf of Plaintiff Elie Valerius dstevens@scura.com
                            dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
                            on behalf of Creditor Community Loan Servicing  LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

| | |
|---|---|
| | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary C. Zeitz | |
| | on behalf of Creditor PC7  LLC gzeitz@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| Harold N. Kaplan | |
| | on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com |
| Linda S. Fossi | |
| | on behalf of Creditor PC7  LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Robin I. London-Zeitz | |
| | on behalf of Creditor PC7  LLC rzeitz@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com |
| Sindi Mncina | |
| | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12