☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

*U.S. BANKRUPTCY COURT*
*FILED*
*NEWARK, N J*

*2024 DEC -6  P 3: 58*

*JEANNE A. NAUGHTON*
*BY _____*
*DEPUTY CLERK*

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12-02-2024 _____    _____
                                     Debtor's Signature

Date: _____    _____
                                     Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*