| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*PC7, LLC* | **Order Filed on December 27, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>ELIE VALERIUS | Case No.: 20-22439/JKS<br><br>Chapter: Thirteen<br><br>Hearing Date: October 24, 2024 at 10:00 am<br><br>Judge: John K. Sherwood |

## ORDER AWARDING ATTORNEY'S FEES AND COSTS TO SECURED CREDITOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 27, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the cross-motion of, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), for an award of attorney's fees and costs incurred by secured creditor in the instant bankruptcy case, and for good cause shown.

**IT IS ORDERED** as follows:

1. Secured Creditor is awarded attorney's fees and costs in the total sum of $1,738.00 ("Fee Award").

2. The Fee Award shall be an additional statutory fee pursuant to N.J.S.A. 54:5-98, and shall be included on the affidavit of fees and costs.

3. The Fee Award shall be paid as part of Secured Creditor's proof of claim, and/or included on an amended proof of claim.