26-22439

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MARIE ANN Greenberg
Chapter 13 standing Trustee
30 Two Bridges Rd, STE 330
FAIRFIELD, NJ 07004-1550

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2025 AUG -8 P 2: 01

JEANNE A. NAUGHTON

BY D. CM
DEPUTY CLERK

In Re:

Elie VALERIUS
20 41ST STREET
IRVINGTON NJ 07111

Case No.:    20-22429

Judge:    HON JOHN K SHERWOOD

Chapter:    13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

A hearing has been scheduled for _____, at _____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☑ Certification of Default filed by *MARIE ANN GREENBERG*

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not
been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

☑ Other **(explain your answer):**

*Since I made the last payment, I did not receive any notification from the Trustee that she has added new debtor. The Total amount that was requested by the lawyer was paid in full.*

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: _08 - 08 - 2025_

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MARIE ANN GREENBURG
CHAPTER 13 Standing Trustee
30 TWO bridges Rd, STE 330
FAIRFIED, NJ 07004 - 1550

In Re:

ELIE VALERIUS
20 41st STREET
IRVINGTON NJ 07111

Case No.: 20- 22429

Judge: HON JOHN K SHERWOOD

Hearing Date(s): _____

Chapter: 13

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

The court having considered the motion or certification of _____,

Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☐    The debtor's case is hereby DISMISSED.

☐    The debtor's plan is allowed to continue at the regular monthly payment of
$ _____ for a period of _____. If the debtor should fail to make
any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the
Trustee shall file a Certification of Default with notice of said Certification to the Debtor (s) and
Debtor's Attorney, if any, and the court shall enter an Order dismissing the debtor's case.

☐    An Order to Employer to Pay the Chapter 13 Trustee shall be prepared and filed with
the Court by the debtor or debtor's attorney, if any, within thirty (30) days from the date of this
Order.

☐    Other:_____

_____

_____

_____

*rev.8/1/15*

2

MARIE ANN Greenberg

Chapter 13 Standing Trustee

30 TWO Bridges Rd STE 330

FAIRFIELD NJ 07004 - 1550

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2025 AUG -8 P 2: 01

JEANNE A. NAUGHTON

BY: D.CWM
DEPUTY CLERK

IN RE

ELIE VALERIUS

20 41st STREET

IRVINGTON NJ 07111

Case # 22929

HON JOHN K SHERWOOD.

Honorable Judge Sherwood

A simple review of the record has showded that my
wife and I have paid $170.000.⁰⁰ for a bankrupcy case that
was initially in record for $85.000.⁰⁰ if I'm not mistaken.
Mr Stevens, my former lawyer has received nearly 15.000.⁰⁰
During our hearing, the lawyer and all parties were agreed
in a amount to be discharged. However Ihave never received
any document, either regular mail or certify to pay
any additional amount.

When I called the Township not too long ago in 2025,
The clerk has advised me that there is still a lean on our
property. I had to call the chamser and one of the Clerks
asked me to call in order to receive a certification of discharge.

your chamber and the Clerk has to send email to the other party. that was that week I first received a letter requesting $4300⁰⁰ with a few hundred dollars and a few days after. a lawyer called and stated that they may add additional money.

I'd like to have a hearing in this matter. If my wife and I were capable to pay $170,000 to put an end to this matter. if you can your honor, we would like to ask you to schedule an hearing to end that matter.

Thanks for your understanding Hon Judge.

ELIE VALERIUS