Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−22439−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elie Valerius
    20 41st. St.
    Irvington, NJ 07111
Social Security No.:
    xxx−xx−3056
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/25/25 at 10:00 AM

to consider and act upon the following:

*174 −* Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by
Marie−Ann Greenberg. Objection deadline is 8/11/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED
ORDER) (Greenberg, Marie−Ann)

Dated: 8/6/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-22439-JKS

Elie Valerius                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                Page 1 of 2

Date Rcvd: Aug 06, 2025                 Form ID: ntchrgbk                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

**Recip ID               Recipient Name and Address**
db              + Elie Valerius, 20 41st. St., Irvington, NJ 07111-1255

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

**Name                        Email Address**

Ashley Pascuzzi
                        on behalf of Creditor Nationstar Mortgage LLC as servicer for Metropolitan Life Insurance Compan
                        ecfnotices@grosspolowy.com

Ashley Pascuzzi
                        on behalf of Creditor Metropolitan Life Insurance Company ecfnotices@grosspolowy.com

David L. Stevens
                        on behalf of Plaintiff Elie Valerius dstevens@scura.com
                        dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
                        o@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
                        on behalf of Creditor Community Loan Servicing  LLC, servicer for METROPOLITAN LIFE INSURANCE COMPANY
                        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary C. Zeitz

on behalf of Creditor PC7  LLC gzeitz@zeitzlawfirm.com, rzeitz@zeitzlawfirm.com;brittner@zeitzlawfirm.com

Harold N. Kaplan

on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com

Linda S. Fossi

on behalf of Creditor PC7  LLC lfossi@zeitzlawfirm.com,
gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Marie-Ann Greenberg

magecf@magtrustee.com

Robin I. London-Zeitz

on behalf of Creditor PC7  LLC rzeitz@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com

Sindi Mncina

on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12